UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>Defendant. | Civil Action No. 07-cv-00623<br><br>The Hon. Joan H. Lefkow, U.S.D.J.<br>The Hon. Jeffrey Cole, U.S.M.J. |

## DECLARATION OF CHRISTOPHER J. GASPAR

I, Christopher J. Gaspar, state the following:

1. I am associated with the firm Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), attorneys for Defendant, International Securities Exchange, LLC ("ISE").

2. Attached as Exhibit 1 hereto is a true and correct copy of ISE's complaint against Chicago Board Options Exchange, Incorporated ("CBOE") filed in the U.S. District Court for the Southern District of New York on November 22, 2006. For brevity, exhibits to that complaint, which were also attached to CBOE's complaint in this Court, are not attached.

3. Attached as Exhibit 2 hereto is a true and correct copy of a November 22, 2006 letter from Milbank, on ISE's behalf, to CBOE. For brevity, exhibits to that letter, which were also attached to CBOE's complaint in this Court, are not attached.

4. Attached as Exhibit 3 hereto is a true and correct copy of a letter, dated January 31, 2007, from CBOE counsel, Jonathan A. Marshall, to Judge Berman at the SDNY.

5. Attached as Exhibit 4 hereto is a true and correct copy of an order by the SDNY, dated January 31, 2007.

6. Attached as Exhibit 5 hereto is a true and correct copy of the certificate of service of the following documents served in the SDNY action: ISE's First Set of Requests for Documents and Things, ISE's First Set of Interrogatories, and ISE's First Set of Requests for Admission. For brevity, exhibits to ISE's First Set of Requests for Admission are not attached.

7. Attached as Exhibit 6 hereto are true and correct copies of the following documents served in the SDNY action: CBOE's Responses to ISE's First Set of Requests for Documents and Things, CBOE's Responses to ISE's First Set of Requests for Admission, and CBOE's Responses to ISE's First Set of Interrogatories.

8. Attached as Exhibit 7 hereto are true and correct copies of the following documents served in the SDNY action: CBOE's First Set of Requests for Documents and Things, CBOE's First Set of Requests for Admissions, and CBOE's First Set of Interrogatories.

9. Attached as Exhibit 8 hereto is a true and correct copy of CBOE's Answer to ISE's SDNY Complaint.

10. Attached as Exhibit 9 hereto are true and correct copies of the following documents filed in the SDNY action: CBOE's Notice of Motion and Motion to Transfer Venue to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) and Memorandum of Law in support thereof.

11. Attached as Exhibit 10 hereto is a true and correct copy of the following document filed in the SDNY action: ISE's Opposition to CBOE's Motion to Transfer Venue to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a).

12. Attached as Exhibit 11 hereto is a true and correct copy of the following document filed in the SDNY action: CBOE's Reply in Support of Its Motion to Transfer Venue to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a).

13. Attached as Exhibit 12 hereto is a true and correct copy of a printout from the Internet website of the Division of Corporations of the New York State Department of State.

14. Attached as Exhibit 13 hereto are true and correct copies of the 2006 Federal Court Management Statistics for this Court and the SDNY from www.uscourts.gov.

Dated: April 2, 2007

_____
Christopher J. Gaspar

CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Notice was served via electronic service on April 2, 2007 upon:

Paul E. Dengel
Stacie R. Hartman
**SCHIFF HARDEN LLP**
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6473
(312) 258-5500
(312) 258-5600 (fax)

Jonathan A. Marshall
David Francescani
John T. Johnson
**FISH & RICHARDSON P.C.**
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, NY 10022
(212) 765-5070
(212) 258-2291 (fax)

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED**
400 S. LaSalle Street
Chicago, Illinois 60605
(312) 786-7909

Christopher J. Gaspar
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5019
(212) 530-5219

*s/ Michael D. Huber*
Michael D. Huber
Attorney for Defendant International
Securities Exchange, LLC