UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL SECURITIES EXCHANGE, LLC, <br><br> Defendant. | Civil Action No. 07-cv-00623 <br><br> The Hon. Joan H. Lefkow, U.S.D.J. <br> The Hon. Jeffrey Cole, U.S.M.J. <br><br> **ORAL ARGUMENT REQUESTED** |

## INTERNATIONAL SECURITIES EXCHANGE, LLC'S RENEWED MOTION TO DISMISS, TRANSFER, OR STAY

Defendant International Securities Exchange, LLC ("ISE") respectfully renews its motion to this Court (1) pursuant to Federal Rule of Civil Procedure 12(b)(3) for an order dismissing this action for improper venue, or, alternatively, for an order pursuant to 28 U.S.C. § 1404(a) transferring the case to the United States District Court for the Southern District of New York (where ISE's first-filed infringement action is pending: *International Securities Exchange, LLC v. Chicago Board Options Exchange, Inc.*, No. 06-CV-13445), and (2) pursuant to Federal Rule of Civil Procedure 12(b)(1) for an order dismissing the first and second "claims for relief" in the Amended Complaint for lack of subject-matter jurisdiction.

If the Court does not dismiss or transfer this action, ISE also moves for a stay of proceedings in this action at least during the pendency of Chicago Board Options Exchange, Inc.'s motion to transfer filed in the SDNY.

This renewed motion is based on the attached Memorandum of Law, the declaration of Gary Katz, the declaration of Christopher J. Gaspar, the pleadings, and such further evidence and argument as the Court may consider.

Respectfully submitted this 25th day of May, 2007.

**IWAN CRAY HUBER HORSTMAN & VANAUSDAL LLC**

By:   */s/ Michael D. Huber*
     Michael D. Huber
     303 West Madison Street, Suite 2200
     Chicago, Illinois 60606
     (312) 332-8496
     (312) 332-8451 (facsimile)
     *Attorneys for Defendant*
     International Securities Exchange, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Motion was served via electronic service on May 25, 2007 upon:

Paul E. Dengel
Stacie R. Hartman
**SCHIFF HARDEN LLP**
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6473
(312) 258-5500
(312) 258-5600 (fax)

Jonathan A. Marshall
David Francescani
John T. Johnson
**FISH & RICHARDSON P.C.**
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, NY 10022
(212) 765-5070
(212) 258-2291 (fax)

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED**
400 S. LaSalle Street
Chicago, Illinois 60605
(312) 786-7909

Christopher J. Gaspar
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5019
(212) 530-5219

*s/ Michael D. Huber*
Michael D. Huber
Attorney for Defendant International
Securities Exchange, LLC