
# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 623 | **DATE** | 10/25/2007 |
| **CASE TITLE** | Chicago Board Options Exchange Incorporated vs. International Securities Exchange, LLC | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 1/11/2008. Non-expert discovery will close on 4/22/2008. Cut-off date for designation of plaintiff's trial expert(s) is 5/22/2008; for defendant's trial expert(s) is 5/22/2008. Any dispositive motion(s) to be filed by 9/8/2008. Case shall be ready for trial by January 2009. Status hearing is set for 8/26/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]                                          Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|