

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,

      Plaintiff,

v.

INTERNATIONAL SECURITIES EXCHANGE, LLC,

      Defendant.

Case No. 07-cv-00623

The Hon. Joan H. Lefkow, U.S.D.J.
The Hon. Jeffrey Cole, U.S.M.J.

## ~~PROPOSED~~ SCHEDULING ORDER

The parties, having held a scheduling conference attended by Jonathan A. Marshall and Michael F. Autuoro for plaintiff, Chicago Board Options Exchange, Incorporated ("CBOE"), and Christopher J. Gaspar for defendant, International Securities Exchange, LLC ("ISE"), as required by Fed. R. Civ. P. 26(f), submit the proposed scheduling order set forth below.

The parties propose the following schedule:

(A)     The parties believe that an early settlement conference **will not** likely result in the disposition of the case.

(B)     The parties shall have until **August 13, 2007** to make Rule 26(a)(1) disclosures.

(C)     Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion **no later than January 11, 2008**. Amendments thereafter may be made only on motion for good cause shown.

(D)     Non-expert discovery will close **April 22, 2008**.

(E)     The cut-off date for disclosure of both plaintiff's and defendant's trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) is **May 22, 2008**. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B) on issues that the party carries the burden of proof. Rebuttal export reports will be served by **June 23, 2008**. Depositions of the experts shall be taken by **July 23, 2008**.

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

(G) Contention Interrogatories may not be served **earlier than March 10, 2008**.

(H) The parties must elect whether to waive privilege regarding opinion(s) of counsel **no later than March 10, 2008**. The parties will produce opinions and pertinent documents on the day any such waiver is made.

## Dispositive Motions

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be held on **August 26, 2008** at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Dispositive motions (motions for summary judgment) will be presented with a proposed agreed briefing schedule **no later than September 8, 2008**.

## Consent to Proceed Before a Magistrate Judge

The parties **do not** consent to have their case proceed before a magistrate judge.

## Trial, Pretrial Conference, Pretrial Order

(A) The case shall be ready for jury trial by ~~December~~ January 2009, ~~2008;~~ the trial is projected to last 15 trial days.

(B) A joint pretrial order will be filed on ___TBA___. Plaintiff's draft shall be served on defendant(s) by ___—___ and defendant's draft shall be served on plaintiff(s) by ___—___.

(C) Motions in limine, and responses thereto, shall be filed with the joint final pretrial order. (No reply briefs will be accepted on motions in limine.) Three copies of the pretrial order shall be delivered to chambers no less than one week prior to the date of the pretrial conference, which will be set ~~on~~ later.

This order shall not be modified except by leave of court on motion for good cause shown.

ENTER:

Date: **OCT 25 2007**

                                  JOAN HUMPHREY LEFKOW
                                     U.S. District Judge

                                      **CRAY HUBER HORSTMAN HEIL &**
                                      **VanAUSDAL LLC**

Dated: October 16, 2007          By:   *s/ Michael D. Huber*
                                              Michael D. Huber

                                       Michael D. Huber (ARDC#:619282)
                                       CRAY HUBER HORSTMAN HEIL
                                       & VanAUSDAL LLC
                                       303 West Madison Street, Suite 2200
                                       Chicago, IL 60606
                                       (312) 332-8496
                                       (312) 332-8451 (fax)
                                       Attorneys for Defendant International
                                       Securities Exchange, LLC
                                       mdh@crayhuber.com