**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, | |
| Plaintiff, | Civil Action No. 07-cv-00623 |
| v. | The Hon. Joan H. Lefkow, U.S.D.J. |
| | The Hon. Jeffrey Cole, U.S.M.J. |
| INTERNATIONAL SECURITIES EXCHANGE, LLC | |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION STATEMENT FOR U.S. PATENT NO. 6,618,707

**I. AGREED UPON TERMS:**

| Claim Term or Element | Proposed Construction |
|---|---|
| "public customer orders"<br><br>(All Asserted Claims) | Orders entered on behalf of any party that is not a registered broker-dealer. |

| Claim Term or Element | Proposed Construction |
|---|---|
| "order"<br><br>(All Asserted Claims) | An instruction on behalf of a professional or a public customer to purchase or sell an instrument, the order having a size associated therewith. |

| Claim Term or Element | Proposed Construction |
|---|---|
| "quotation"<br><br>(All Asserted Claims) | **CBOE:** An indication by a market maker of the price at which it is willing to buy or sell an instrument for which it has been assigned to create a market, the quotation having a size associated therewith. |

## II. DISPUTED CLAIM TERMS:

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "automated exchange" (All Asserted Claims) | **ISE**: An exchange that includes a system that automatically matches incoming orders and quotations with stored orders and quotations.<br><br>**CBOE**: An "automated exchange" is a fully automated exchange in which no matching or allocating is performed manually in open outcry. | **ISE**: '707 Patent (Abstract; Col. 1, ll. 30-44; Col. 2, ll. 19-24; Col. 2, ll. 25-29; Col. 4, ll. 46-52; Col. 4, ll. 55-60; Col. 5, ll. 60-65; Col. 6, ll. 49-59; Col. 7, ll. 29-34; Col. 8, ll. 1-2; Col. 8, ll. 58-65; Col. 9, ll. 53-57; Col. 24, ll. 62-67; Col. 27, ll. 14-18; Col. 11, ll. 47-Col. 12, l. 17; Col. 27, ll. 15-25); Provisional App. at 5; August 2, 2002, Response at 18-20.<br><br>**CBOE**: Col. 1:24-29; 1:34-40; 4:46-51; 6:53-58; Provisional Application at p.17; 11/14/02 Request for Continued Examination at, e.g., p. 4; 7/19/02 Katz Declaration at ¶ 8; 8/2/02 Response at p. 18. | **ISE**: CBOE003508-32; Katz Rough Tr. (Day 1) at 45-46, 67-68, 110-115; Katz Rough Tr. (Day 2) at 11-12; Katz Rough Tr. (Day 2) at 18-19; Declaration of Dr. Moses Ma.<br><br>**CBOE**: Katz Day One Rough Tr. at 29:15 - 30: 10; 67:2-7; Katz Day Two Rough Tr. at 100:19 -103:3; Simmons Tr. at 231: 13-24; de Verdier Tr. at 57:1-17; Lieb Tr. at 155:2-14; 205:20-206:7; Testimony and/or affidavit of Dr. Benn Steil concerning the understanding of one of skill in the art of "automated exchange" (forthcoming). |

2

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "book memory means" (Claims 1-6; 9-10; 22-24; 27) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE:**<br>Function: Storing a plurality of previously received orders and quotations to trade a corresponding plurality of quantities of the instrument.<br><br>Structure: Memory<br><br>**CBOE:**<br>Function: The book memory means, which is separate and distinct from the system memory means and processor means, stores a plurality of previously received orders or quotations to trade a corresponding plurality of quantities of the instrument, the previously received orders and quotations each having a size associated therewith and the previously received orders including public customer orders previously entered for public customers and professional orders or quotations previously entered for one or more professionals.<br><br>Structure: A general-purpose computer or a network of general-purpose computers. | **ISE:** '707 Patent (Fig. 2 (element 33); Col. 7, ll. 60-62; Col. 8, ll. 44-55; Col. 9, ll. 62-66; Col. 15, ll. 35-38; Col. 15, ll. 53-54); ISE0871726 (Patent App. at 64); ISE0000599.<br><br>**CBOE:** Claims 1 and 22; Fig. 2; col. 8:44-55. | **ISE:** N/A<br><br>**CBOE:** Katz Day One Rough Tr. at 129:5 - 130:22. |

3

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "system memory means"<br><br>(Claims 1-6; 9-10; 22-24; 27) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>ISE:<br>Function: Storing allocating parameters.<br><br>Structure: Memory<br><br><br>CBOE:<br>Function:  The system memory means, which is separate and distinct from the book memory means and processor means, stores allocating parameters for allocating trades between the incoming order or quotation and the previously received orders and quotations.<br><br>Structure: A general-purpose computer or a network of general-purpose computers. | ISE: '707 Patent (Fig. 2 (item 26); Col. 14, ll. 50-64; Col. 15, ll. 28-32; Col. 8, ll. 44-55); ISE000243.<br><br>CBOE:  Claims 1 and 22; Fig. 2; col. 8:44-55. | ISE: N/A<br><br>CBOE:  Katz Day One Rough Tr. at 174:13 - 177:24. |

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "allocating parameters"<br><br>(Claims 1-6; 9-10; 22-24; 27; 35-36, 43, 45; 56-58; 61) | **ISE:** Algorithms for allocating an incoming order or quotation among previously received orders and quotations.<br><br>**CBOE:** Parameters for dividing portions of the incoming order or quotation among the previously received orders and quotations. | **ISE:** '707 Patent (Col. 5, ll. 48-60; Col. 8, l. 66-Col. 9, l. 2; Col. 14, ll. 53-58; Col. 15, ll. 2-10).<br><br>**CBOE:** Col. 10:3-8; 14:53-58; 15:26-31; 17:17-20; 17:47-59. | **ISE:** N/A<br><br>**CBOE:** Katz Day One Rough Tr. at 70:12-22; 153:22 - 154:23. |

5

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "parameters for allocating a first portion of the incoming order or quotation against previously received customer orders" <br><br> (Claims 1-6; 9-10) | **ISE:** Algorithms for allocating a first portion of the incoming order or quotation against previously received customer orders. <br><br> **CBOE:** Parameters for allocating a first portion of the incoming order or quotation against previously received customer orders. | **ISE:** '707 Patent (Col. 5, ll. 48-55; Col. 5, ll. 55-60; Col. 8, l. 66- Col. 9, l. 2; Col. 14, ll. 53-58, Col. 15, ll. 2-10). <br><br> **CBOE:** Claims 1, 4; 4/4/01 Response at, e.g., pp. 29-31; 5/21/01; Response at, e.g., pp. 35-37; 1/14/02 RCE at, e.g., pp. 2-5; 3/18/02 Interview Summary; 7/19/02 Katz Declaration at, e.g., ¶¶ 12-14; 8/2/02 Response at, e.g., pp. 18-24. | **ISE:** N/A <br><br> **CBOE:** N/A |

6

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "allocating a remaining portion of the incoming order or quotation preferentially against professional orders and quotations with larger size"<br><br>(Claims 1-3; 6; 9-10) | **ISE:** Allocating a remaining portion of the incoming order or quotation in a preferred manner against professional orders and quotations that are larger in size than other professions orders and quotations in the book memory means.<br><br>**CBOE:** Allocating larger portions of the remaining incoming order or quotation to professionals quoting or ordering larger size. | **ISE:** '707 Patent (Col. 5, ll. 48-55; Col. 5, ll. 55-60; Col. 8, l. 66- Col. 9, l. 2; Col. 14, ll. 53-58; Col. 15, ll. 2-10); ISE0000600-2.<br><br>**CBOE:** 8/2/02 Response at p. 18. | **ISE:** N/A<br><br>**CBOE:** Katz Day One Rough Tr. at 153:22 - 154:23. |

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "allocating"<br><br>(Claims 1-6; 9-10; 22-24; 27) | **ISE:** Dividing the incoming order or quotation among the previously received orders and quotations.<br><br>**CBOE:** Dividing portions of the incoming order or quotation among the previously received orders and quotations. "Allocating" is a process that is distinct from "matching." | **ISE:** '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 15, ll. 28-32; Col. 6, ll. 10-14; Col. 12, ll. 2-6); August 2, 2002, Response at 18-20.<br><br>**CBOE:** Col. 10:3-8; 14:53-58; 15:26-31; 17:17-20; 17:47-59. | **ISE:** N/A<br><br>**CBOE:** Katz Day One Rough Tr. at 70: 12-22; 153:22 - 154:23. |

7

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "Matching"<br><br>(Claims 2-5; 35-36; 43; 45; 56-58; 61) | **ISE:** Identifying a counterpart previously received order or quotation for receiving a portion of an incoming order[1]<br><br>**CBOE:** Identifying a counterpart order or quotation for an incoming order or quotation based on price. "Matching" is a process that is distinct from "allocating." | **ISE:** '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 6, ll. 34-36; Col. 8, ll. 44-55; Col. 9, l. 58-Col. 10, l. 8; Col. 14, ll. 51-64; Col. 16, ll. 27-67; Col. 17, l. 1-Col. 19 l. 7.)<br><br>**CBOE:** Col. 14-51 – 15:18. | **ISE:** N/A<br><br>**CBOE:** Katz Day One Rough Tr. At 153:22 – 154:23. |

---

[1] ISE first proposed this construction almost one hour after the parties had exchanged final constructions on June 30, 2009.

8

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "means for matching the remaining portion with professional orders or quotations in the book memory means on a pro rata basis" <br><br> (Claim 2) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6. <br><br> **ISE:** <br> Function: <br> Matching the remaining portion with professional order or quotations in the book memory means on a pro rata basis. <br><br> Structure: <br> A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the step of matching the remaining portion based on a percentage of the size of a professional's order or quotation with reference to the total size of the professional orders and quotations at the same price. <br><br> **CBOE:** <br> Function: <br> Matching the remaining portion with professional orders or quotations in the book memory means on a pro rata basis. <br><br> Structure: A general-purpose computer or a network of general-purpose computers, but there is no disclosure of the steps such general-purpose computer(s) would perform. | **ISE:** '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 4, l. 65-Col. 5, l. 3; Col. 6, ll. 34-35; Col. 8, ll. 44-55; Col. 10, ll. 33-38; Col. 14., ll. 50-58; Col. 15, ll. 25-31; Col. 16, ll. 58-67; Col. 17, l. 64-Col 18, l. 3.) <br><br> **CBOE:** Col. 8:44-55. | **ISE:** N/A <br><br> **CBOE:** N/A |

9

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "the remaining portion"<br><br>(Claims 2 and 3) | **ISE**: The portion allocated in a preferred manner against professional orders and quotations that are larger in size than other professional orders and quotations in the book memory.<br><br>**CBOE**: The "remaining portion" recited in claim 1. | **ISE**: '707 Patent (Col. 30, ll. 12-14; Col. 30, ll. 15-19; Col. 30, ll. 19-25.)<br><br>**CBOE**: Claims 1-3 | **ISE**: N/A<br><br>**CBOE**: N/A |

10

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "means for matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker"<br><br>(Claims 3 and 4) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE:**<br>Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker.<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a minimum allocation percentage to a primary market maker comprising the following steps:<br>1) calculating a primary market maker's minimum allocation percentage of the remaining portion;<br>2) calculating the primary market maker's pro rata allocation of the remaining portion; and<br>3) matching the greater of the two to the quotation identified with the primary market maker.<br><br>**CBOE:**<br>Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker.<br><br>Structure: A general-purpose computer or a network of general-purpose computers programmed to perform the steps of FIG. 4(b) for bids and FIG. 5(b) for offers. | **ISE:** '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 8, ll. 44-55; Col. 16, ll. 27-67; Col. 17, l. 1-Col. 19 l. 7; Col. 30, ll. 49-67.)<br><br>**CBOE:** Claim 3; col. 8:44-55. | **ISE:** N/A<br><br>**CBOE:** N/A |

11

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "means for matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker, and wherein the minimum allocation percentage is N% and the percentage of the remaining portion allocated to the order identified with the primary market maker is:<br><br>$X\% = Max[N\%, siz[pmm] /(siz[pmm]+siz[pro])]$ | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE**: Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker.<br><br>**Structure**: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a minimum allocation percentage to a primary market maker comprising the following steps:<br>1) calculating a primary market maker's minimum allocation percentage of the remaining portion;<br>2) calculating the primary market maker's pro rata allocation of the remaining portion; and<br>3) matching the greater of the two to the quotation identified with the primary market maker.<br><br>**CBOE**: Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker, and wherein the minimum allocation percentage is N% and the percentage of the remaining portion allocated to the order identified with the primary market maker is:<br>$X\% =Max[N\%, siz[pmm] /(siz[pmm]+siz[pro])]$ | **SE**: '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 8, ll. 44-55; Col. 16, ll. 27-67; Col. 17, l. 1-Col. 19-l. 7; Col. 30, ll. 49-67.)<br><br>**CBOE**: Claim 4; col. 8:44-55; col. 16:31-41; col. 17:49-59; col. 18:43-53. | **ISE**: N/A<br><br>**CBOE**: N/A |

12

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| Where siz[pmm] is the size of the order identified with the primary market maker, and size[pro] is the sum of the sizes of the professional orders not identified with the primary market maker" <br><br> (Claim 4) | where siz[pmm] is the size of the order identified with the primary market maker, and size[pro] is the sum of the sizes of the professional orders not identified with the primary market maker. <br><br> <u>Structure</u>: A general purpose computer or a network of general purpose computers. | | |

13

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | |

14

Case 1:07-cv-00623  Document 158  Filed 07/08/09  Page 16 of 27

| | | | |
|---|---|---|---|
| "means for matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations"<br><br>(Claim 4) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE:**<br>Function:<br>Matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations<br>Structure:<br>A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a first portion of an incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation.  Wherein the algorithm comprises the steps of:<br>1) determining whether there are customer orders stored in the book memory means, and if so;<br>2) matching a first portion of the incoming order or quotation against customer orders;<br>3) determining whether there are any remaining portions of the incoming order, and if so;<br>4) matching a remaining portion (after step 2) against professional orders and quotations.<br><br>**CBOE:**<br>Function:  Matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations.<br>Structure: A general-purpose computer or a network of general-purpose computers programmed to perform the steps of FIG. 4(a) for bids and the steps of FIG. 5(a) for offers. | **ISE:** '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 6, ll. 34-36; Col. 8, ll. 44-55; Col. 9, l. 58-Col. 10, l. 8; Col. 14, ll. 51-64; Col. 16, ll. 27-67; Col. 17, l. 1-Col. 19-l. 7.)<br><br>**CBOE:**  Claim 4; col. 8:44-55; FIGS. 4A-5B and the associated description thereof. | **ISE:** N/A<br><br>**CBOE:** N/A |

15

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "away market querying means for determining an away market price for the instrument" (Claim 22) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6. **ISE:** Function: Determining an away market price for the instrument Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the steps of querying a reporting entity for an away market price for an instrument and receiving an away market price for such instrument. **CBOE:** Function:  The away market querying means, which is separate and distinct from the processor means, determines an away market price for the instrument. Structure: A general-purpose computer or a network of general-purpose computers. | **ISE:** '707 Patent (Figure 9 (step 340), Col. 6, ll. 34-36; Col. 7, ll. 53-Col. 8, l. 9; Col. 8, ll. 25-55; Col. 9, ll. 39-43; Col. 14, ll. 18-22; Col. 24, ll. 15-31); ISE0871731 (App. at 69). **CBOE:**  Claim 22; col. 8:44-55; col. 9:39-45; col. 24: 15-23. | **ISE:** N/A **CBOE:** N/A |

16

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
| --- | --- | --- | --- |

| "away market process means for entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price" (Claim 23) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE:**<br>Function: Entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price on the automated exchange.<br>Structure:<br>1) A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the steps of:<br>A) determining the price difference between the away market price and the best price;<br>B) determining the number of contracts that a market maker is willing to execute at the price differential determined in Step 1; and<br>C) if the size of the incoming order or quotation is less than or equal to the number identified in Step 2, execute the trade for the number of contracts at the away market price.<br>OR<br>2) Computer workstations, personal computers, minicomputers, mainframe computers, personal digital assistants, or web TV boxes.<br><br>**CBOE:**<br>Function:  Entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price<br>Structure: A general-purpose computer or a network of general-purpose computers programmed to perform the steps of FIG. 9. | **ISE:** '707 Patent (Fig. 1, (item 3); Col. 6, ll. 62-66; Col. 7, ll. 3-8; Col. 8, ll. 27-32; Col. 8, ll. 64-67; Col. 9, 45-57; Col. 12, ll. 19-20; Col. 24, ll. 45-67; Col. 28, ll. 4-7).<br><br>**CBOE:** Claim 23; col. 8:44-55; FIG. 9 and the associated description thereof. | **ISE:** N/A<br><br>**CBOE:** N/A |

18

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "alerting means for generating an alert signal if the size is greater than the matching size"<br><br>(Claim 27) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE:**<br>Function: Generating an alert signal if the size is greater than the matching size.<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that comprising the steps of determining whether the size of the incoming order or quotation is greater than the matching size and sending a notification message if that is the case.[2]<br><br>**CBOE:**<br>Function: Generating an alert signal if the size is greater than the matching size.<br><br>Structure: A general-purpose computer or a network of general-purpose computers.<br><br>The phrase "matching size" lacks antecedent basis. | **ISE:** '707 Patent (Fig. 9, Step 346; Col. 9, ll. 49-51; Col. 24, ll. 62-67).<br><br>**CBOE:** Claim 27; col. 8:44-55. | **ISE:** N/A<br><br>**CBOE:** N/A |

---

[2] ISE first proposed this structure for the identified function the day before opening *Markman* briefs were due. CBOE first identified a construction for this claim limitation on June 30, 2009 at 5PM. ISE's construction, as served 5 PM on June 30, appears in CBOE's Opening Brief on Claim Construction.

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "pro rata" <br><br> (Claims 2, 36) | **ISE:** Based on a percentage of the size of a professional's order or quotation with reference to the total size of the professional orders and quotations at the same price. <br><br> **CBOE:** In proportion according to size. | **ISE:** '707 Patent (Col. 4, l. 65-Col. 5, l. 3; Col. 6, ll. 34-35; Col. 10, ll. 33-38; Col. 14., ll. 50-58; Col. 15, ll. 25-31; Col. 16, ll. 58-67; Col. 17, l. 64-Col 18, l. 3.) <br><br> **CBOE:** Col. 4:60-64; 16:57-59; 18:1-8; 18:61-19:4. | **ISE:** ISE1398069. <br><br> **CBOE:** CBOE003451064 - CBOE003451066, The American Heritage Dictionary (1997) at 1098. <br><br> CBOE003451067 - CBOE003451070, Merriam Webster's Collegiate Dictionary (10th ed. 1993) at 936. <br><br> CBOE003451071 - CBOE003451 073, Dictionary of Finance (1988) at 374. |

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "processor means for allocating portions of the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means based on the allocating parameters in the system memory means."<br><br>(Claims 1-6; 9-10; 22-24; 27) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE:**<br><br>Function: Allocating portions of the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means based on the allocating parameters in the system memory means.[3]<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that divides the incoming order and quotation among the previously received orders and quotations.<br><br>**CBOE:**<br><br>Function: The processor means, which is separate and distinct from the system memory means and book memory means, allocates portions of the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means based on the allocating parameters in the system memory means.<br><br>Structure: A general-purpose computer or a network of general-purpose computers programmed to perform the steps of FIG. 4(a) for bids and FIG. 5(a) for offers. | **ISE:** '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 6, ll. 34-36; Col. 8, ll. 44-55; Col. 9, l. 58-Col. 10, l. 8; Col. 14, ll. 51-64; Col. 15, ll. 28-32; Col. 16, ll. 27-67; Col. 17, l. 1-Col. 19-l. 7.)<br><br>**CBOE:** Claim 1; col. 8:44-55; FIGS. 4A-5B and associated description thereof. | **ISE:** N/A<br><br>**CBOE:** N/A |

21

---

[3] ISE proposed adding the language "based on the allocating parameters in the system memory means" to the recited function the day before opening *Markman* briefs were due.  ISE's construction, as served 5 PM on June 30, appears in CBOE's Opening Brief on Claim Construction.

22

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "Processor means for allocating portions of the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means based on the allocating parameters in the system memory means . . . the processor means determines a best price for the instrument and compares the best price with the away market price, and, if the best price is as good or better than the away market price, the processor means executes the trade." (Claims 22-24; 27) | The parties agree this limitation is subject to 35 U.S.C. § 112 ¶ 6.<br><br>**ISE:**<br><br>Function: Allocating portions of the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means based on the allocating parameters in the system memory means<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that divides the incoming order and quotation among the previously received orders and quotations.<br><br>**CBOE:**<br><br>Function: The processor means, which is separate and distinct from the system memory means, book memory means and away market querying means, allocates portions of the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means based on the allocating parameters in the system memory means and also determines a best price for the instrument and compares the best price with the away market price, and, if the best price is as good or better than the away market price, executes the trade.<br><br>Structure: A general purpose computer or a network of general purpose computers programmed to perform step S37 of FIG. 3(b) or step S49 of FIG. 3(c) or steps S108 and S112 of FIG. 3(d) and then perform the steps of FIG. 4(a) for bids and FIG. 5(a) for offers. | **ISE:** '707 Patent (Fig. 4(a); Fig. 4(b); Fig. 5(a); Fig. 5(b); Col. 6, ll. 34-36; Col. 8, ll. 44-55; Col. 9, l. 58-Col. 10, l. 8; Col. 14, ll. 51-64; Col. 15, ll. 28-32; Col. 16, ll. 27-67; Col. 17, l. 1-Col. 19-l. 7.)<br><br>**CBOE:** Claim 22; col. 8:44-55; FIGS. 3(b)-5(b) and associated description thereof. | **ISE:** N/A<br><br>**CBOE:** N/A |

23

| Claim Term or Element | Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "professional orders" (Claims 1-6; 9-10; 22-24; 27; 35-36; 43; 45; 56-58; 61) | **ISE**: Orders entered on behalf of registered broker-dealers. <br><br> **CBOE**: Orders entered on behalf of registered broker-dealers, including Primary Market Makers (PMMs), Competitive Market Makers (CMMs) and Electronic Access Members (EAMs). | **ISE**: Col. 7, ll. 9-11. <br><br> **CBOE**: Col 7:9-11 | **ISE**: N/A <br><br> **CBOE**: Katz Day Two Rough Tr. At 91:25-92:25. |

24

## III.  IDENTITY OF WITNESSES TO BE CALLED AT *MARKMAN* HEARING:

CBOE proposes to call its expert witness, Dr. Benn Steil, at the *Markman* hearing.  Dr. Steil will testify to the meaning "automated exchange" would have to a person of ordinary skill at the time of the alleged invention of the patent-in-suit.  A summary of Dr. Steil's testimony is set forth in the Declaration of Dr. Benn Steil, filed along with CBOE's Opening Brief on Claim Construction.  It is CBOE's position that it has provided a sufficient summary of Dr. Steil's testimony as part of its preliminary proposed constructions.

ISE objects to CBOE calling Dr. Benn Steil as an expert witness, and will move to preclude such testimony, if necessary.  ISE alleges that despite the requirements of the Scheduling Order and requests from ISE, CBOE failed to provide a "description of such person's testimony" as part of its preliminary proposed constructions and a "summary of each opinion to be offered" by Dr. Steil as part of this Joint Claim Construction Statement.  ISE believes the expert declarations submitted by the parties obviate the need for expert testimony at the *Markman* hearing.

Dated: July 8, 2009                          Respectfully submitted,


By:  s/ Michael S. DeVincenzo
    Parker Bagley (pro hac vice)
    GOODWIN PROCTER LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York  10018
    Tel.:  212.813.8800
    Fax:  212.355.3333

    *Attorney for Defendant International*
    *Securities Exchange, LLC*

By:  s/ Michael T. Zoppo
    Jonathan A. Marshall
    Eric Roman
    Michael T. Zoppo
    **FISH & RICHARDSON P.C.**
    Citigroup Center - 52nd Floor
    153 East 53rd Street
    New York, NY 10022
    Telephone: (212) 765-5070
    Facsimile: (212) 258-2291

    *Attorneys for Plaintiff Chicago Board*
    *Options Exchange, Incorporated*

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on July 8, 2009 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.


           s/Michael S. DeVincenzo
           Michael S. DeVincenzo