UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO BOARD OPTIONS EXCHANGE,
INCORPORATED,

    Plaintiff,

v.

INTERNATIONAL SECURITIES EXCHANGE,
LLC,

    Defendant.

Case No. 07-cv-00623

Hon. Joan H. Lefkow, U.S.D.J.
Hon. Jeffrey Cole, U.S.M.J.

**FINAL JOINT CLAIM CONSTRUCTION FOR U.S. PATENT NO. 6,618,707**

I.   AGREED UPON TERMS

| Claim or Term Element | Construction Agreed to by Parties | Court's Construction |
|---|---|---|
| "public customer orders" (All Asserted Claims) | Orders entered on behalf of any party that is not a registered broker-dealer. | |
| "order" (All Asserted Claims) | An instruction on behalf of a professional or public customer to purchase or sell an instrument, the order having a size associated therewith. | |
| "quotation" (All Asserted Claims) | An indication by a market maker of the price at which it is willing to buy or sell an instrument for which it has been assigned to create a market, the quotation having a size associated therewith. | |
| "allocating parameters" (All Asserted Claims) | Parameters for dividing portions of the incoming order or quotation among the previously received orders and quotations. | |
| "parameters for allocating a first portion of the incoming order or quotation against previously received customer orders" (Claims 1-3; 6; 9-10) | Parameters for allocating a first portion of the incoming order or quotation against previously received customer orders. | |
| "processor means for allocating portions of the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means | Function: Allocating portions of the incoming order or quotation among the plurality of previously received orders and quotations based upon the allocation | |

| | |
|---|---|
| based on the allocating parameters in the system memory means" <br><br> (Claims 1-6; 9-10; 22-24; 27) | parameters in the system memory. <br><br> Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that divides the incoming order and quotation among the previously received orders and quotations. |

II. DISPUTED TERMS

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "automated exchange" (All Asserted Claims) | An "automated exchange" is a fully computerized exchange in which no matching or allocating is performed manually in open outcry. | An exchange that includes a system that automatically matches incoming orders and quotations with stored orders and quotations. | |
| "professional orders" (All Asserted Claims) | Orders entered on behalf of registered broker-dealers, including Primary Market Makers (PMMs), Competitive Market Makers (CMMs) and Electronic Access Members (EAMs). | Orders entered on behalf of registered broker-dealers. | |
| "allocating" (Claims 1-6; 9-10; 22-24; 27) | Dividing portions of the incoming order or quotation among the previously received orders and quotations. "Allocating" is a process that is distinct from "matching." | Dividing all or portions of the incoming order or quotation among the previously received orders and quotations. | |
| "matching" (Claims 2-5; 35-36; 43; 45; 56- | Identifying a counterpart order or quotation for an incoming order or quotation based on | Identifying a counterpart previously received order or quotation for receiving a | |

4

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| 58; 61) | price. "Matching" is a process that is distinct from "allocating." | portion of an incoming order. | |
| "allocating a remaining portion of the incoming order or quotation preferentially against professional orders and quotations with larger size" (Claims 1-3; 6; 9-10) | Allocating larger portions of a remaining incoming order or quotation to professionals quoting or ordering larger size. | Allocating a remaining portion of the incoming order or quotation in a preferred manner against professional orders and quotations that are larger in size than other professions orders and quotations in the book memory means. | |
| "pro rata" (Claims 2 and 36) | In proportion according to size. | Based on a percentage of the size of a professional's order or quotation with reference to the total size of the professional orders and quotations at the same price. | |
| "the remaining portion" (Claims 2 and 3) | The portion of the incoming order or quotation that is allocated preferentially against professional orders and quotations with larger size. | The portion allocated in a preferred manner against professional orders and quotations that are larger in size than other professional orders and quotations in the book memory. | |
| "book memory means" | Function: The book memory | Function: Storing a plurality of | |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| (Claims 1-6; 9-10; 22-24; 27) | means stores a plurality of previously received orders or quotations to trade a corresponding plurality of quantities of the instrument, the previously received orders and quotations each having a size associated therewith and the previously received orders including public customer orders previously entered for public customers and professional orders or quotations previously entered for one or more professionals.<br><br>Structure: Book memory 33 | previously received orders and quotations to trade a corresponding plurality of quantities of the instrument.<br><br>Structure: Memory | |
| "system memory means"<br><br>(Claims 1-6; 9-10; 22-24; 27) | Function: The system memory means stores allocating parameters for allocating trades between the incoming order or quotation and the previously received orders and quotations.<br><br>Structure: System memory 26. | Function: Storing allocating parameters.<br><br>Structure: Memory | |

6

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | bid matching process 34 and offer matching process 36 | | |
| "means for matching the remaining portion with professional orders or quotations in the book memory means on a pro rata basis" (Claim 2) | Function: Matching the remaining portion with professional orders or quotations in the book memory means on a pro rata basis. Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors, but there is no disclosure of the steps such general-purpose computer(s) would perform. | Function: Matching the remaining portion with professional order or quotations in the book memory means on a pro rata basis. Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the step of matching the remaining portion based on a percentage of the size of a professional's order or quotation with reference to the total size of the professional orders and quotations at the same price. | |
| "means for matching the remaining portion based on a | Function: Matching the remaining portion based on a | Function: Matching the remaining portion based on a | |

7

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker"<br><br>(Claims 3 & 4) | formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker.<br><br>Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to perform the steps of FIG. 4(b) for bids and FIG. 5(b) for offers. | formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker.<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a minimum allocation percentage to a primary market maker comprising the following steps:<br>1) calculating a primary market maker's minimum allocation percentage of the remaining portion;<br>2) calculating the primary market maker's pro rata allocation of the remaining portion; and<br>3) matching the greater of the two to the quotation identified with the primary market maker. | |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "means for matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker, and wherein the minimum allocation percentage is N% and the percentage of the remaining portion allocated to the order identified with the primary market maker is: $X\% = \text{Max}[N\%, \text{siz}[pmm] / (\text{siz}[pmm]+\text{siz}[pro])]$ where siz[pmm] is the size of the order identified with the primary market maker, and size[pro] is the sum of the sizes of the professional orders not identified with the primary market maker." (Claim 4) | Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker, and wherein the minimum allocation percentage is N% and the percentage of the remaining portion allocated to the order identified with the primary market maker is: $X\% = \text{Max}[N\%, \text{siz}[pmm] / (\text{siz}[pmm]+\text{siz}[pro])]$ where siz[pmm] is the size of the order identified with the primary market maker, and size[pro] is the sum of the sizes of the professional orders not identified with the primary market maker. Structure: A general-purpose computer or a network of general-purpose computers or | Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker. Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a minimum allocation percentage to a primary market maker comprising the following steps: 1) calculating a primary market maker's minimum allocation percentage of the remaining portion; 2) calculating the primary market maker's pro rata allocation of the remaining portion; and 3) matching the greater of the two to the quotation identified | |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | a system of interconnected parallel processors, but there is no disclosure of the steps such general-purpose computer(s) would perform. | with the primary market maker. | |
| "means for matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations" (Claim 4) | Function: Matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations. Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to perform the steps of FIG. 4(a) for bids and the steps of FIG. 5(a) for offers. | Function: Matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a first portion of an incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation. Wherein the algorithm comprises the steps of: | |

10

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | | 1) determining whether there are customer orders stored in the book memory means, and if so; 2) matching a first portion of the incoming order or quotation against customer orders; 3) determining whether there are any remaining portions of the incoming order, and if so; 4) matching a remaining portion (after step 2) against professional orders and quotations. | |
| "away market querying means for determining an away market price for the instrument" (Claim 22) | Function: The away market querying means determines an away market price for the instrument. Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors, but there is no disclosure of the steps such general-purpose computer(s) would perform. | Function: Determining an away market price for the instrument Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the steps of querying a reporting entity for an away market price for an | |

11

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "away market process means for entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price" (Claim 23) | Function: Entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price. Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to perform the steps of FIG. 9. | instrument and receiving an away market price for such instrument. Function: Entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price on the automated exchange. Structure: 1) A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the steps of: A) determining the price difference between the away market price and the best price; B) determining the number of contracts that a market maker is willing to execute at the price differential determined in Step 1; and C) if the size of the incoming | |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | | order or quotation is less than or equal to the number identified in Step 2, execute the trade for the number of contracts at the away market price.<br><br>OR<br><br>2) Computer workstations, personal computers, minicomputers, mainframe computers, personal digital assistants, or web TV boxes. | |
| "alerting means for generating an alert signal if the size is greater than the matching size"<br><br>(Claim 27) | Function: Generating an alert signal if the size is greater than the matching size.<br><br>Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to perform the steps 344 and 346 of FIG. 9. | Function:<br>Generating an alert signal if the size is greater than the matching size.<br><br>Structure:<br>A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that comprising the steps of determining whether the size of the incoming order or quotation is greater than the matching size and sending a | |

13

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
|  |  | notification message if that is the case. |  |

14

Dated: August 28, 2009

By: s/Michael S. DeVincenzo
    Parker Bagley
    Michael S. DeVincenzo
    GOODWIN PROCTER LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018
    Tel: 212.813.8800
    Fax: 212.355.3333

    *Attorneys for Defendant International*
    *Securities Exchange, LLC*

By: s/Michael T. Zoppo
    David Francescani
    Jonathan A. Marshall
    Michael T. Zoppo
    FISH & RICHARDSON P.C.
    601 Lexington Avenue - 52nd Fl.
    New York, NY 10022-4611
    Tel: (212) 765-5070
    Fax: (212) 258-2291

    Paul E. Dengel
    Stacie R. Hartman
    SCHIFF HARDIN LLP
    230 South Wacker Drive
    Chicago, IL 60606-6473
    (312) 258-5500
    (312) 258-5600 (facsimile)

    *Attorneys for Plaintiff Chicago Board*
    *Options Exchange, Incorporated*

    Joanne Moffic-Silver
    Jordan Newmark
    CHICAGO BOARD OPTIONS
    EXCHANGE, INCORPORATED
    400 South LaSalle Street
    Chicago, IL 60605
    Telephone: (312) 786-7909

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2009, I electronically filed the FINAL JOINT CLAIM CONSTRUCTION FOR U.S. PATENT NO. 6,618,707 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including:

| | |
|---|---|
| Parker Bagley, Esq. | Michael Denny Huber, Esq. |
| GOODWIN PROCTER LLP | Cray Huber Horstmann Heil & VanAusdal LLC |
| The New York Times Building | |
| 620 Eighth Avenue | 303 West Madison Street |
| New York, New York 10018 | Suite 2200 |
| Telephone: (212) 813-8800 | Chicago, IL 60606 |
| Fax: (212) 355-3333 | Telephone: (312) 332-8450 |
| pbagley@goodwinprocter.com | Facsimile: (312) 332-8451 |
| | mdh@crayhuber.com |

                                            s/Neil Ramsaroop