UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>Defendant. | Case No. 07 cv 0623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## MOTION TO ENLARGE THE PAGE LIMIT FOR CBOE'S MEMORANDUM IN SUPPORT OF ITS MOTION UNDER RULE 42(b) FED. R. CIV. P. FOR A NONJURY TRIAL ON THE ISSUE OF INEQUITABLE CONDUCT PRIOR TO A JURY TRIAL ON THE ISSUES OF VALIDITY, INFRINGEMENT AND DAMAGES

Plaintiff Chicago Board Options Exchange, Incorporated ("CBOE") hereby moves the Court for an order extending the page limit for a memorandum supporting CBOE's motion for a nonjury trial on the issue of inequitable conduct prior to a jury trial on the issues of validity, infringement and damages. Local Rule 7.1 states that a brief may not exceed 15 pages without prior approval of the Court. CBOE seeks an order enlarging the 15-page limit. In support of this motion, CBOE respectfully represents that:

1. Determining the issue of inequitable conduct during patent prosecution requires a fact-intensive inquiry and, in this case, an analysis of a record consisting of extensive deposition testimony of seven witnesses, substantial documentary evidence, and responses to written discovery requests, as well as an in-depth analysis of the apposite procedural and substantive law.

1

2. Since the present motion is addressed to the Court's discretion in managing its docket, the nature of the issues implicated require an enlargement of the usual page limit in order that the Court may be properly and sufficiently informed in making its ruling.

3. Counsel have been cognizant and respectful at all times of Local Rule 7.1 and have been diligent in their efforts to present the present motion as efficiently as possible while still discharging the obligations as officers of the Court and responsible advocates.

WHEREFORE, given the nature and scope of the issues presented and the underlying record, as well as the complex nature of the technical details of the patent at issue, CBOE respectfully requests that the Court enlarge the page limit in accordance with the proposed order attached hereto.

Respectfully submitted,

Dated: September 16, 2009

By: s/ Jonathan A. Marshall
Jonathan A. Marshall
David Francescani
Michael T. Zoppo
Brian J. Doyle
**FISH & RICHARDSON P.C.**
601 Lexington Avenue – 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Paul E. Dengel
Stacie R. Hartman
Ayad P. Jacob
**SCHIFF HARDIN LLP**
660 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5600 (*facsimile*)

*Attorneys for Plaintiff Chicago Board Options Exchange, Incorporated*

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS
EXCHANGE, INCORPORATED**
400S. LaSalle Street
Chicago, IL 60605
Telephone: (312) 786-7909

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2009, I electronically filed the CBOE'S MOTION UNDER RULE 42(b) FED. R. CIV. P. FOR A NONJURY TRIAL ON THE ISSUE OF INEQUITABLE CONDUCT PRIOR TO A JURY TRIAL ON THE ISSUES OF VALIDITY, INFRINGEMENT AND DAMAGES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_s/_   Neil Ramsaroop

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>　　　　　　Defendant. | Case No. 07 cv 0623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## [PROPOSED] ORDER

CBOE's Motion to Enlarge the Page Limit for its Motion for a Nonjury Trial on the Issue of Inequitable Conduct Prior to a Jury Trial on the Issues of Validity, Infringement and Damages is HEREBY GRANTED.

Entered this _____ day of September, 2009

_____
Hon. Joan H. Lefkow
United States District Judge