**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,

Plaintiff,

v.

INTERNATIONAL SECURITIES EXCHANGE, LLC,

Defendant.

Case No. 07 cv 0623

Hon. Joan H. Lefkow, U.S.D.J.
Hon. Jeffrey Cole, U.S.M.J.

**CBOE'S MOTION UNDER RULE 42(b) FED. R. CIV. P. FOR A NONJURY TRIAL ON THE ISSUE OF INEQUITABLE CONDUCT PRIOR TO A JURY TRIAL ON THE ISSUES OF VALIDITY, INFRINGEMENT AND DAMAGES**

Chicago Board Options Exchange, Inc. ("CBOE") respectfully moves for a prior and separate trial pursuant to Federal Rule of Civil Procedure 42(b) regarding the inequitable conduct of ISE before the U.S. Patent and Trademark Office in prosecuting the patent at issue, U.S. Patent 6,618,707 ("the '707 patent").

As presented in the memorandum in support of the present motion, the Court has broad discretion under Rule 42(b) to manage its docket for convenience, to avoid prejudice or to promote efficiency. Inequitable conduct during patent prosecution is properly tried before the court rather than a jury. Since a ruling of inequitable conduct renders a patent unenforceable, a prior trial on that issue may be dispositive, and thereby avoid the expenditure of time and money on a protracted jury trial. Furthermore, trying inequitable conduct first will neither prejudice defendant, International Securities Exchange, LLC ("ISE") nor violate the Seventh Amendment.

As further presented in the memorandum, the evidence of record of this case demonstrates that ISE acted inequitably in prosecuting the '707 patent by withholding material

prior art with the intent to deceive the patent office. For example, the named inventor of the '707 patent withheld highly material prior art that served as the basis of his invention, and prosecution counsel for ISE withheld highly material prior art related to key elements of the claims in the '707 patent.

WHEREFORE, given the convenience, efficiency and judicial economy afforded by a case-dispositive ruling on the issue of inequitable conduct, and the extensive evidence record demonstrating the substantial merits of CBOE's case on this issue, CBOE respectfully requests that the Court conduct a nonjury trial on the issue of inequitable conduct prior to a jury trial on the issues of validity, infringement and damages in accordance with the proposed order attached hereto.

Dated: September 16, 2009

By: *s/ Jonathan A. Marshall*

Jonathan A. Marshall
David Francescani
Michael T. Zoppo
Brian J. Doyle
**FISH & RICHARDSON P.C.**
601 Lexington Avenue – 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Paul E. Dengel
Stacie R. Hartman
Ayad P. Jacob
**SCHIFF HARDIN LLP**
660 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5600 (*facsimile*)

*Attorneys for Plaintiff Chicago Board Options Exchange, Incorporated*

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED**
400S. LaSalle Street
Chicago, IL 60605
Telephone: (312) 786-7909

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2009, I electronically filed CBOE'S MOTION UNDER RULE 42(b) FED. R. CIV. P. FOR A NONJURY TRIAL ON THE ISSUE OF INEQUITABLE CONDUCT PRIOR TO A JURY TRIAL ON THE ISSUES OF VALIDITY, INFRINGEMENT AND DAMAGES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Neil Ramsaroop

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>Defendant. | Case No. 07 cv 0623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

**[PROPOSED] ORDER**

CBOE's Motion for a Nonjury Trial on the Issue of Inequitable Conduct Prior to a Jury Trial on the Issues of Validity, Infringement and Damages is HEREBY GRANTED.

Entered this ______ day of September, 2009

______________________________
Hon. Joan H. Lefkow
United States District Judge