UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>      Defendant. | Case 07 cv 0623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

**DECLARATION OF BRIAN J. DOYLE, ESQ. IN SUPPORT OF CBOE'S MOTION UNDER RULE 42(b) FED. R. CIV. P. FOR A NONJURY TRIAL ON THE ISSUE OF INEQUITABLE CONDUCT PRIOR TO A JURY TRIAL ON THE ISSUES OF VALIDITY, INFRINGEMENT AND DAMAGES**

Brian J. Doyle, under penalty of perjury, declares as follows:

1. I am a member of the Bar of the State of New York and am admitted to practice *pro hac vice* before this court. I am an associate in the firm of Fish & Richardson P.C., 601 Lexington Avenue, 52nd Floor, New York, New York, trial counsel for Chicago Board Options Exchange, Incorporated ("CBOE") in this case. This Declaration is in support of the Memorandum of Chicago Board Options Exchange, Incorporated In Support of its Motion Under Rule 42(b) Fed. R. Civ. P. for a Nonjury Trial on The Issue of Inequitable Conduct Prior to a Jury Trial on the Issues of Validity, Infringement and Damages.

2. Annexed hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,618,707 ("the '707 patent").

3. Annexed hereto as Exhibit 2 is a true and correct copy of the relevant portions of the transcript of the deposition of William Porter.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the relevant portions of the transcript of the deposition of Martin Averbuch.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the relevant portions of the transcript of the deposition of ISE taken through Gary Katz.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the relevant portions of the transcript of the deposition of Gary Katz.

7. Annexed hereto as Exhibit 6 is a true and correct copy of ISE's Supplemental Responses to CBOE's Interrogatory Nos. 3 and 4.

8. Annexed hereto as Exhibit 7 is "The OM CLICK Exchange Software Product Description" dated September 1996 bates numbered ISE-MA0000509 – ISE-MA0000618.

9. Annexed hereto as Exhibit 8 is a true and correct copy of "Functional Specification for Electronic Trading" bates numbered ISE0270615 – ISE0270629.

10. Annexed hereto as Exhibit 9 is a true and correct copy of the relevant portions of the originally filed claims of the '707 patent bates numbered SL00104 and SL00160.

11. Annexed hereto as Exhibit 10 is a true and correct copy of the January 1, 2000 Katz Declaration and Power of Attorney bates numbered ISE0000152 – ISE0000156.

12. Annexed hereto as Exhibit 11 is a true and correct copy of the relevant portions of the OM Annual Report of 1997 bates numbered ISE-MA0000445, ISE-MA0000470.

13. Annexed hereto as Exhibit 12 is a true and correct copy of the relevant portions of the transcript of the deposition of Peter de Verdier.

14. Annexed hereto as Exhibit 13 is a true and correct copy of the relevant portions of the transcript of the deposition of Katherine Simmons.

15. Annexed hereto as Exhibit 14 is a true and correct copy of a May 21, 1997 letter from David Krell to OM Systems International AB bates numbered ISE0267733.

16. Annexed hereto as Exhibit 14A is ISE's Responses to CBOE's Second Set of Requests for Admission.

17. Annexed hereto as Exhibit 15 is a true and correct copy of the KAP Group Update of December 1, 1997 (the Porter report) bates numbered ISE0264270.

18. Annexed hereto as Exhibit 16 is a true and correct copy of CBOE's Constitution and Rules of February, 1997 bates numbered CBOE001224556 – CBOE001224565.

19. Exhibit 17 has been intentionally omitted during the process of reducing the size of the Memorandum.

20. Exhibit 18 has been intentionally omitted during the process of reducing the size of the Memorandum.

21. Annexed hereto as Exhibit 19 is a true and correct copy of the relevant portions of the 1989 CBOE Rules bates numbered CBOE004583 – CBOE4606.

22. Annexed hereto as Exhibit 20 is a true and correct copy of the relevant portions of the "Market Maker: A sesquicentennial look at the Chicago Board of Trade" by William D. Falloon bates numbered CBOE004752-CBOE004761.

23. Annexed hereto as Exhibit 21 is a true and correct copy of the document "Chicago Board of Trade Project A™ Customer Information Statement" bates numbered ISE0261177 – ISE0261179.

24. Annexed hereto as Exhibit 22 is a true and correct copy of the relevant portions of the transcript of Joseph Ferraro.

25. Annexed hereto as Exhibit 23 is a true and correct copy of a memorandum dated August 5, 2003 by Stephen Lieb bates numbered SL000201.

26. Annexed hereto as Exhibit 24 is a true and correct copy of the relevant portions of the transcript of the deposition of Stephen Lieb.

27. Exhibit 25 has been intentionally omitted during the process of reducing the size of the Memorandum.

28. Exhibit 26 has been intentionally omitted during the process of reducing the size of the Memorandum.

29. Exhibit 27 has been intentionally omitted during the process of reducing the size of the Memorandum.

30. Exhibit 28 has been intentionally omitted during the process of reducing the size of the Memorandum.

31. Exhibit 29 has been intentionally omitted during the process of reducing the size of the Memorandum.

32. Annexed hereto as Exhibit 30 is a true and correct copy of the relevant portions of the August 2, 2002 Amendment to the application for the '707 patent bates numbered ISE0000582 – ISE0000622.

33. Annexed hereto as Exhibit 31 is a true and correct copy of a letter dated December 18, 1997 from ISE's counsel to the SEC bates numbered ISE-MA0001581 – ISE-MA0001585.

34. Annexed hereto as Exhibit 32 is a true and correct copy of the Notice of Allowance for the '707 patent bates numbered ISE0000623 – ISE0000629.

35. Exhibit 33 has been intentionally omitted during the process of reducing the size of the Memorandum.

36. Annexed hereto as Exhibit 34 is a true and correct copy of the summary of an interview with the patent examiner regarding the '707 patent bates numbered ISE0000401.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2009

Brian J. Doyle