**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>                Plaintiff,<br><br>   v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br><br><br>                Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

**[proposed] ORDER TO ENTER CHICAGO BOARD OPTIONS EXCHANGE'S AMENDED COMPLAINT**

It is hereby ordered that Chicago Board Options Exchange, Inc.'s motion for leave to amend its complaint is hereby GRANTED.


Dated: November ____, 2009

                                                                                                                                  Hon. Joan H. Lefkow