# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Chicago Board Options Exchange, Incorporated

Plaintiff,

v.  Case No.: 1:07−cv−00623
Honorable Joan H. Lefkow

International Securities Exchange, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2009:

MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 11/17/2009. Defendant shall file motion for summary judgment by 11/18/2009; response due by 12/18/2009; reply due by 12/31/2009; ruling will issue by mail. Bench Trial set for 4/26/2010 at 10:00 AM. Bench trial may be advanced to 4/5/2010 on a "trailing" basis, depending on whether the trial currently set for that date in another case does not go to trial on that date.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.