## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Chicago Board Options Exchange, Inc.,

   Plaintiff,

  v.

International Securities Exchange, LLC,

   Defendant.

Civil Action No. 07-cv-623

The Hon. Joan H. Lefkow, U.S.D.J.
The Hon. Jeffrey Cole, U.S.M.J.

## DECLARATION OF BRIAN J. PREW

Brian J. Prew hereby declares:

  1. I am an associate with the firm Goodwin Procter LLP, attorneys for Defendant International Securities Exchange, LLC ("ISE") in this action.

  2. Attached as Exhibit A hereto is a true and correct copy of an August 6, 2009 letter from Parker Bagley to Jonathan Marshall regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC: Civ. Action No. 1:07-CV-00623 (JHL/JC).

  3. Attached as Exhibit B hereto is a true and correct copy of selected pages of the July 19, 2002 Declaration of Gary Katz, bates stamped ISE000463-470, ISE0000473-510.

  4. Attached as Exhibit C hereto is a true and correct copy of an April 23, 2008 letter from Blake Reese to Michael Zoppo regarding production of documents on behalf of Martin Averbuch bearing bates stamp ISE-MA0000001-ISE-MA0001662.  This production included a document entitled "The OM Click Exchange Software Product Description," at bates stamp ISE-MA0000509-618.

  5. Attached as Exhibit D hereto is a true and correct copy of selected pages of the

January 15, 2009 deposition transcript of Martin Averbuch.

6.      Attached as Exhibit E hereto is a true and correct copy of ISE's Supplemental

Responses to CBOE's Interrogatory Nos. 3 and 4, served on August 20, 2008.

7.      Attached as Exhibit F hereto is a true and correct copy of CBOE's Supplemental

Response to Interrogatory No. 2, served on August 4, 2009.

8.      Attached as Exhibit G hereto is a true and correct copy of a November 4, 2009

letter from Jonathan Marshall to Parker Bagley regarding Chicago Board Options Exchange, Inc.

v. International Securities Exchange, LLC, USDC-N.D. Ill. (Eastern) 07-CV-0623.

9.      Attached as Exhibit H hereto is a true and correct copy of selected pages from

CBOE's Supplemental Responses to ISE's Interrogatory Nos. 1, 2 and 4, served on June 19,

2009.

10.     Attached as Exhibit I hereto is a true and correct copy of selected pages of

originally filed claim 1 contained in the prosecution history of the '707 patent.

11.     Attached as Exhibit J hereto is a true and correct copy of United States Patent

Number 6,618,707 (the "'707 patent"), entitled "Automated Exchange For Trading Derivative

Securities."

12.     Attached as Exhibit K hereto is a true and correct copy of selected pages of the

April 6, 2009 deposition transcript of Katherine Simmons ("Simmons Dep.").

13.     Attached as Exhibit L hereto is a true and correct copy of an October 13, 2009 e-

mail from Michael DeVincenzo to Michael Zoppo, Jonathan Marshall and David Francescani

regarding CBOE v. ISE.

14.     Attached as Exhibit M hereto is a true and correct copy of a November 10, 2009

letter from Jonathan Marshall to Parker Bagley regarding Chicago Board Options Exchange,

2

Incorporated v. International Securities Exchange, LLC, USDC-N.D. Ill. (Eastern) 07-cv-0623.

15.     Attached as Exhibit N hereto is a true and correct copy of a November 9, 2009 letter from Parker Bagley to Jonathan Marshall regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC: Civ. Action No. 1:07-CV-00623 (JHL/JC).

16.     Attached as Exhibit O hereto is a true and correct copy of an October 29, 2009 letter from Parker Bagley to Jonathan Marshall regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC: Civ. Action No. 1:07-CV-00623 (JHL/JC).

I hereby declare, under penalty of perjury, that the foregoing is true and correct, this 18 day of November, 2009.

s/Brian J. Prew
Brian J. Prew

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on November 18, 2009 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

<u>/s/ Michael S. Devincenzo</u>