# Exhibit L

## DeVincenzo, Michael S

**From:** DeVincenzo, Michael S
**Sent:** Tuesday, October 13, 2009 4:28 PM
**To:** 'Michael Zoppo'; Jonathan Marshall; David Francescani
**Cc:** Bagley, Parker; Gustavson, Steven R.
**Subject:** RE: CBOE v. ISE

Michael,
I write to confirm that ISE's expert report concerning damages and the expert opinions that CBOE intends to rely upon concerning inequitable conduct will be served tomorrow via e-mail by Noon and to request a meet and confer regarding certain issues identified below.

ISE believes that the parties need to confer regarding:

1) A briefing schedule pertaining to ISE's motion for a bench trial on liability and infringement to be held at the same time as or immediately following any trial on the inequitable conduct allegations that survive summary judgment.

2) ISE 's motion to amend the scheduling order to allow for the assertion of additional claims of infringement. During the meet and confer, please let us know whether CBOE will oppose the motion, which parts of the Scheduling Order CBOE believes requires modification in light of CBOE's recent decision to add small order preference as part of its allocation algorithm and whether CBOE believes that any additional claim terms are required to be construed in light of the additional claims previously identified by ISE.

3) CBOE's recent allegations of inequitable conduct contained in its Motion for a Separate Trial on Inequitable Conduct. As ISE indicated over two months ago, to the extent CBOE seeks to add new theories of inequitable conduct it is required to amend its Complaint. Despite being notified of its obligation to amend its Complaint over two months ago, and despite being aware of the evidence cited in CBOE's Motion for a Separate Trial on Inequitable Conduct for months, CBOE has failed to timely amend its Complaint and it is presently unclear whether CBOE intends to assert the allegations of inequitable conduct that are contained in its pleadings and/or abandon those allegations for one or more of the myriad of other allegations of inequitable conduct contained in its recent motion and/or its interrogatory responses. Please be prepared at the meet and confer to let us know whether CBOE intends to move to amend its Complaint to add any additional allegations of inequitable conduct that are not presently part of this action.

We look forward to speaking with you,
Mike


Michael S. DeVincenzo
**Goodwin Procter** LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-459-7329
F: 212-355-3333
mdevincenzo@goodwinprocter.com
www.goodwinprocter.com

**From:** Michael Zoppo [mailto:Zoppo@fr.com]
**Sent:** Tuesday, October 13, 2009 9:01 AM
**To:** DeVincenzo, Michael S; Jonathan Marshall; David Francescani
**Cc:** Bagley, Parker; Gustavson, Steven R.
**Subject:** RE: CBOE v. ISE

Dear Mike--

Regarding the undertaking of Mr. Katz, kindly confirm that ISE will not share with Mr. Katz any CBOE Discovery Material designated "Confidential-Attorneys' Eyes Only."  *See* D.I. 76, Paragraphs 8 and 9.

A discussion about the *Markman* issues surrounding the additional claims that ISE seeks to assert would be premature at this time.  ISE first must succeed in its motion to get those claims in this case.

Best,

Michael

---

**From:** DeVincenzo, Michael S [mailto:MDeVincenzo@goodwinprocter.com]
**Sent:** Friday, October 09, 2009 3:16 PM
**To:** Jonathan Marshall; David Francescani; Michael Zoppo
**Cc:** Bagley, Parker; Gustavson, Steven R.
**Subject:** CBOE v. ISE

Please find enclosed the protective order undertaking of Gary Katz.

Additionally, in light of the discussion with the Court today, please let us know a time you are available next week to discuss whether any terms in the claims recently asserted by ISE require construction.  We look forward to speaking with you.

Regards,
Mike

Michael S. DeVincenzo
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-459-7329
F: 212-355-3333
mdevincenzo@goodwinprocter.com
www.goodwinprocter.com

<<Katz Undertaking.pdf>>

---

******************************************************************

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the**

**IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



```
****************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including
any attachments) is not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.(FR08-i203d)
****************************************************************************************
```

11/17/2009