## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Chicago Board Options Exchange, Inc.,

        Plaintiff,

        v.

International Securities Exchange, LLC,

        Defendant.

Civil Action No. 07-cv-623

The Hon. Joan H. Lefkow, U.S.D.J.
The Hon. Jeffrey Cole, U.S.M.J.

## DECLARATION OF BRIAN J. PREW

Brian J. Prew hereby declares:

1.      I am an associate with the firm Goodwin Procter LLP, attorneys for Defendant International Securities Exchange, LLC ("ISE") in this action.  I submit this declaration in support of ISE's Motion to Compel Chicago Board Options Exchange, Inc. to Supplement Its Invalidity Contentions.

2.      Attached as Exhibit A hereto is a true and correct copy of ISE's First Set Of Interrogatories, served on January 1, 2007.

3.      Attached as Exhibit B hereto is a true and correct copy of selected pages of Chicago Board Options Exchange, Inc.'s ("CBOE") Responses To ISE's First Set Of Interrogatories, served on March 2, 2007.

4.      Attached as Exhibit C hereto is a true and correct copy of selected pages of CBOE's Supplemental Response To ISE's Interrogatory Nos. 1, 2, And 4, served on May 11, 2009.

5.      Attached as Exhibit D hereto is a true and correct copy of selected pages CBOE's

LIBNY/4867925.1

Supplemental Response To ISE's Interrogatory Nos. 1, 2, And 4, served on June 19, 2009.

6.      Attached as Exhibit E hereto is a true and correct copy of a November 10, 2009 letter from Michael T. Zoppo to Parker H. Bagley regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC, USDC-N.D. Ill. (Eastern) 07-CV-0623.

7.      Attached as Exhibit F hereto is a true and correct copy of a November 11, 2009 letter from Michael S. DeVincenzo to Michael T. Zoppo regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC, Civ. Action No. 1:07-CV-0623 (JHL/JC).

8.      Attached as Exhibit G hereto is a true and correct copy of a November 13, 2009 letter from Michael T. Zoppo to Michael S. DeVincenzo regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC, USDC-N.D. Ill. (Eastern) 07-CV-0623.

9.      Attached as Exhibit H hereto is a true and correct copy of a November 24, 2009 letter from Michael S. DeVincenzo to Michael T. Zoppo regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC, Civ. Action No. 1:07-CV-0623 (JHL/JC).

10.     Attached as Exhibit I hereto is a true and correct copy of a November 25, 2009 letter from Michael T. Zoppo to Michael S. DeVincenzo regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC, USDC-N.D. Ill. (Eastern) 07-CV-0623.

11.     Attached as Exhibit J hereto is a true and correct copy of a December 1, 2009 letter from Michael S. DeVincenzo to Michael T. Zoppo regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC, Civ. Action No. 1:07-CV-0623

LIBNY/4867925.1

(JHL/JC).

12.     Attached as Exhibit K hereto is a true and correct copy of selected pages of ISE's Second Set Of Supplemental Responses To CBOE's First Set Of Interrogatories, served on January, 27, 2009.

13.     Attached as Exhibit L hereto is a true and correct copy of selected pages of ISE's Third Set Of Supplemental Responses To CBOE's First Set Of Interrogatories (Nos. 1, 2, 7 and 8), served on November 2, 2009.

14.     Attached as Exhibit M hereto is a true and correct copy of a December 3, 2009 letter from Michael T. Zoppo to Michael S. DeVincenzo regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC, USDC-N.D. Ill. (Eastern) 07-CV-0623.

I hereby declare, under penalty of perjury, that the foregoing is true and correct, this 10th day of December, 2009.

_____
Brian J. Prew

LIBNY/4867925.1

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on December 10, 2009 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

/s/ Michael S. DeVincenzo
Michael S. DeVincenzo