# Exhibit D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>Defendant. | Civil Action No. 07-cv-00623<br><br>The Hon. Joan H. Lefkow, U.S.D.J.<br>The Hon. Jeffrey Cole, U.S.M.J. |

**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED'S**
**SUPPLEMENTAL RESPONSES TO**
**INTERNATIONAL SECURITY EXCHANGE, LLC'S INTERROGATORY NOS. 1, 2, AND 4**

In accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure, plaintiff

Chicago Board Options Exchange, Incorporated ("CBOE") hereby submits the following supplemental

responses to defendant International Securities Exchange, LLC's ("ISE") Interrogatory Nos. 1, 2 and 4.

## RESERVATION OF RIGHTS

Investigation and discovery are ongoing in this case. CBOE reserves the right to further

supplement its responses. CBOE also reserves the right to produce or use any information or

documents that are discovered after service of this response in support of, or in opposition to, any

motion, during depositions, or at trial. In supplementing its response to ISE's Interrogatory Nos. 1, 2,

and 4, CBOE does not waive any objections on the grounds of privilege, competency, relevance,

materiality, authenticity, or admissibility of the information contained in its response. CBOE expressly

reserves the right to use of any its responses or the subject matter contained in them during any

subsequent proceeding, including the trial of this or any other action.

Application Ser. Nos. 60/106,935 and 09/433,613 as persons knowledgeable about the factual bases of CBOE's contentions. CBOE reserves the right to supplement its response as discovery proceeds.

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:

CBOE further objects to this interrogatory as premature because expert discovery has not yet been completed. CBOE specifically reserves the right to supplement its response in light of expert discovery. Subject to the foregoing general and specific objections, and as currently advised, CBOE responds as follows:

With respect to invalidity:

| Claim | Invalid in light of at least these references |
|---|---|
| 1 | 35 U.S.C. § 102 <br><br> CBOE00003508- CBOE00003532; <br> CBOE00003764- CBOE00003793; <br> CBOE00003814- CBOE00003837; <br> CBOE00004400-CBOE00004420; <br> CBOE00004576-CBOE00004578; <br> CBOE00039559-CBOE00039578; <br> CBOE00039656-CBOE00039730; <br> CBOE001224540 - CBOE001224555; <br> CBOE001224556 - CBOE001224565; <br> CBOE001224566 - CBOE001224589; <br> CBOE001224590 - CBOE001224626; <br> CBOE001224627 - CBOE001224699; <br> CBOE001224730 - CBOE001224772; <br> CBOE001225006 - CBOE001225016; <br> CBOE001461173 - CBOE001461243; <br> CBOE001461244 - CBOE001461276; <br> CBOE001476102 - CBOE001476157; <br> CBOE001476158 - CBOE001476439; <br> CBOE001476440 - CBOE001476445; <br> CBOE001476446 - CBOE001476475; <br> CBOE001476476 -CBOE001476491; <br> ISE0573419- ISE0573435; <br> ISE-MA0001662-ISE-MA0001678; |

NYSE CBOE-ISE 00700-12577

35 U.S.C. § 103 (These references alone or in combination)

CBOE00003508- CBOE00003532;
CBOE00003764- CBOE00003793;
CBOE00003814- CBOE00003837;
CBOE00004370-CBOE00004386;
CBOE00004387-CBOE00004399;
CBOE00004400-CBOE00004420;
CBOE00004547- CBOE00004562;
CBOE00004576-CBOE00004578;
CBOE00004583- CBOE00004606;
CBOE00004607- CBOE00004609;
CBOE00004616- CBOE00004617;
CBOE00004618- CBOE00004659;
CBOE00004660- CBOE00004705;
CBOE00004706- CBOE00004715;
CBOE00004752-CBOE00004782;
CBOE00006869-CBOE00006891;
CBOE00007463-CBOE00007465;
CBOE00016803- CBOE00016827;
CBOE00039559-CBOE00039578;
CBOE00039620-CBOE00039620;
CBOE00039621-CBOE00039622;
CBOE00039656-CBOE00039730;
CBOE00051383-CBOE00051451;
CBOE001224540 - CBOE001224555;
CBOE001224556 - CBOE001224565;
CBOE001224566 - CBOE001224589;
CBOE001224590 - CBOE001224626;
CBOE001224627 - CBOE001224699;
CBOE001224730 - CBOE001224772;
CBOE001225006 - CBOE001225016;
CBOE001461173 - CBOE001461243;
CBOE001461244 - CBOE001461276;
CBOE001476102 - CBOE001476157;
CBOE001476158 - CBOE001476439;
CBOE001476440 - CBOE001476445;
CBOE001476446 - CBOE001476475;
CBOE001476476 -CBOE001476491;
CBOE001648608-CBOE001648629;
CBOE001648769-CBOE001648778;
ISE0261049 – ISE0261051;

| | |
|---|---|
| | ISE0261097- ISE0261099;<br>ISE0261140- ISE0261158;<br>ISE0261177 – ISE0261179;<br>ISE0264270;<br>ISE0573419- ISE0573435;<br>ISE0852290 – ISE0852333;<br>ISE0858554 – ISE0858578;<br>ISE-MA0000519-618;<br>ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577 |
| 2 | <u>35 U.S.C. § 102</u>[1]<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004400-CBOE00004420;<br>CBOE00004576-CBOE00004578;<br>CBOE00039559-CBOE00039578;<br>CBOE00039656-CBOE00039730;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>ISE0573419- ISE0573435;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577<br><br><br><u>35 U.S.C. § 103 (These references alone or in combination)</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793; |

---

[1] This analysis uses Stephen Lieb, Esq.'s construction of "pro rata." CBOE takes no position whether it agrees with Mr. Lieb's construction.

CBOE00003814- CBOE00003837;
CBOE00004370-CBOE00004386;
CBOE00004387-CBOE00004399;
CBOE00004400-CBOE00004420;
CBOE00004547- CBOE00004562;
CBOE00004576-CBOE00004578;
CBOE00004583- CBOE00004606;
CBOE00004607- CBOE00004609;
CBOE00004616- CBOE00004617;
CBOE00004618- CBOE00004659;
CBOE00004660- CBOE00004705;
CBOE00004706- CBOE00004715;
CBOE00004752-CBOE00004782;
CBOE00006869-CBOE00006891;
CBOE00007463-CBOE00007465;
CBOE00016803- CBOE00016827;
CBOE00039559-CBOE00039578;
CBOE00039620-CBOE00039620;
CBOE00039621-CBOE00039622;
CBOE00039656-CBOE00039730;
CBOE00051383-CBOE00051451;
CBOE001224540 - CBOE001224555;
CBOE001224556 - CBOE001224565;
CBOE001224566 - CBOE001224589;
CBOE001224590 - CBOE001224626;
CBOE001224627 - CBOE001224699;
CBOE001224730 - CBOE001224772;
CBOE001225006 - CBOE001225016;
CBOE001461173 - CBOE001461243;
CBOE001461244 - CBOE001461276;
CBOE001476102 - CBOE001476157;
CBOE001476158 - CBOE001476439;
CBOE001476440 - CBOE001476445;
CBOE001476446 - CBOE001476475;
CBOE001476476 -CBOE001476491;
CBOE001648608-CBOE001648629;
CBOE001648769-CBOE001648778;
ISE0261049 – ISE0261051;
ISE0261097- ISE0261099;
ISE0261140- ISE0261158;
ISE0261177 – ISE0261179;
ISE0264270;
ISE0573419- ISE0573435;
ISE0852290 – ISE0852333;
ISE0858554 – ISE0858578;
ISE-MA0000519-618;

| | |
|---|---|
| | ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577 |
| 3 | 35 U.S.C. § 102<br><br>CBOE00003508- CBOE00003532;<br>CBOE001224566 - CBOE001224589;<br>ISE0573419- ISE0573435;<br>ISE-MA0001662-ISE-MA0001678<br><br><br>35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004370-CBOE00004386;<br>CBOE00004387-CBOE00004399;<br>CBOE00004400-CBOE00004420;<br>CBOE00004547- CBOE00004562;<br>CBOE00004576-CBOE00004578;<br>CBOE00004583- CBOE00004606;<br>CBOE00004607- CBOE00004609;<br>CBOE00004616- CBOE00004617;<br>CBOE00004618- CBOE00004659;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00004732- CBOE00004734;<br>CBOE00004752-CBOE00004782;<br>CBOE00006869-CBOE00006891;<br>CBOE00007463-CBOE00007465;<br>CBOE00016803- CBOE00016827;<br>CBOE00039559-CBOE00039578;<br>CBOE00039620-CBOE00039620;<br>CBOE00039621-CBOE00039622;<br>CBOE00039656-CBOE00039730;<br>CBOE00051383-CBOE00051451;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243; |

| | |
|---|---|
| | CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>CBOE001648608-CBOE001648629;<br>CBOE001648769-CBOE001648778;<br>ISE0261049 – ISE0261051;<br>ISE0261097- ISE0261099;<br>ISE0261140- ISE0261158;<br>ISE0261177 – ISE0261179;<br>ISE0264270;<br>ISE0573419- ISE0573435;<br>ISE0852290 – ISE0852333;<br>ISE0858554 – ISE0858578;<br>ISE-MA0000519-618;<br>ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577 |
| 4 | <u>35 U.S.C. § 102</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE001224566 - CBOE001224589;<br>ISE0573419- ISE0573435;<br>ISE-MA0001662-ISE-MA0001678<br><br><br><u>35 U.S.C. § 103 (These references alone or in<br>combination)</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004370-CBOE00004386;<br>CBOE00004387-CBOE00004399;<br>CBOE00004400-CBOE00004420;<br>CBOE00004547- CBOE00004562;<br>CBOE00004576-CBOE00004578;<br>CBOE00004583- CBOE00004606;<br>CBOE00004607- CBOE00004609;<br>CBOE00004616- CBOE00004617;<br>CBOE00004618- CBOE00004659;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00004732- CBOE00004734; |

| | |
|---|---|
| | CBOE00004752-CBOE00004782;<br>CBOE00006869-CBOE00006891;<br>CBOE00007463-CBOE00007465;<br>CBOE00016803- CBOE00016827;<br>CBOE00039559-CBOE00039578;<br>CBOE00039620-CBOE00039620;<br>CBOE00039621-CBOE00039622;<br>CBOE00039656-CBOE00039730;<br>CBOE00051383-CBOE00051451;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>CBOE001648608-CBOE001648629;<br>CBOE001648769-CBOE001648778;<br>ISE0261049 – ISE0261051;<br>ISE0261097- ISE0261099;<br>ISE0261140- ISE0261158;<br>ISE0261177 – ISE0261179;<br>ISE0264270;<br>ISE0573419- ISE0573435;<br>ISE0852290 – ISE0852333;<br>ISE0858554 – ISE0858578;<br>ISE-MA0000519-618;<br>ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577 |
| 5 | 35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004370-CBOE00004386;<br>CBOE00004387-CBOE00004399;<br>CBOE00004400-CBOE00004420; |

CBOE00004547- CBOE00004562;
CBOE00004576-CBOE00004578;
CBOE00004583- CBOE00004606;
CBOE00004607- CBOE00004609;
CBOE00004616- CBOE00004617;
CBOE00004618- CBOE00004659;
CBOE00004660- CBOE00004705;
CBOE00004706- CBOE00004715;
CBOE00004732- CBOE00004734;
CBOE00004752-CBOE00004782;
CBOE00006869-CBOE00006891;
CBOE00007463-CBOE00007465;
CBOE00016803- CBOE00016827;
CBOE00039559-CBOE00039578;
CBOE00039620-CBOE00039620;
CBOE00039621-CBOE00039622;
CBOE00039656-CBOE00039730;
CBOE00051383-CBOE00051451;
CBOE001224540 - CBOE001224555;
CBOE001224556 - CBOE001224565;
CBOE001224566 - CBOE001224589;
CBOE001224590 - CBOE001224626;
CBOE001224627 - CBOE001224699;
CBOE001224730 - CBOE001224772;
CBOE001225006 - CBOE001225016;
CBOE001461173 - CBOE001461243;
CBOE001461244 - CBOE001461276;
CBOE001476102 - CBOE001476157;
CBOE001476158 - CBOE001476439;
CBOE001476440 - CBOE001476445;
CBOE001476446 - CBOE001476475;
CBOE001476476 -CBOE001476491;
CBOE001648608-CBOE001648629;
CBOE001648769-CBOE001648778;
ISE0261049 – ISE0261051;
ISE0261097- ISE0261099;
ISE0261140- ISE0261158;
ISE0261177 – ISE0261179;
ISE0264270;
ISE0573419- ISE0573435;
ISE0852290 – ISE0852333;
ISE0858554 – ISE0858578;
ISE-MA0000519-618;
ISE-MA0001319-483;
ISE-MA0001662-ISE-MA0001678;
NYSE CBOE-ISE 00700-12577

| 6 | 35 U.S.C. § 102 |
| --- | --- |
| | CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004400-CBOE00004420;<br>CBOE00004576-CBOE00004578;<br>CBOE00039559-CBOE00039578;<br>CBOE00039656-CBOE00039730;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>ISE0573419- ISE0573435;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577<br><br>35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004370-CBOE00004386;<br>CBOE00004387-CBOE00004399;<br>CBOE00004400-CBOE00004420;<br>CBOE00004547- CBOE00004562;<br>CBOE00004576-CBOE00004578;<br>CBOE00004583- CBOE00004606;<br>CBOE00004607- CBOE00004609;<br>CBOE00004616- CBOE00004617;<br>CBOE00004618- CBOE00004659;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00004752-CBOE00004782; |

| | |
|---|---|
| | CBOE00006869-CBOE00006891; |
| | CBOE00007463-CBOE00007465; |
| | CBOE00016803- CBOE00016827; |
| | CBOE00039559-CBOE00039578; |
| | CBOE00039620-CBOE00039620; |
| | CBOE00039621-CBOE00039622; |
| | CBOE00039656-CBOE00039730; |
| | CBOE00051383-CBOE00051451; |
| | CBOE001224540 - CBOE001224555; |
| | CBOE001224556 - CBOE001224565; |
| | CBOE001224566 - CBOE001224589; |
| | CBOE001224590 - CBOE001224626; |
| | CBOE001224627 - CBOE001224699; |
| | CBOE001224730 - CBOE001224772; |
| | CBOE001225006 - CBOE001225016; |
| | CBOE001461173 - CBOE001461243; |
| | CBOE001461244 - CBOE001461276; |
| | CBOE001476102 - CBOE001476157; |
| | CBOE001476158 - CBOE001476439; |
| | CBOE001476440 - CBOE001476445; |
| | CBOE001476446 - CBOE001476475; |
| | CBOE001476476 -CBOE001476491; |
| | CBOE001648608-CBOE001648629; |
| | CBOE001648769-CBOE001648778; |
| | ISE0261049 – ISE0261051; |
| | ISE0261097- ISE0261099; |
| | ISE0261140- ISE0261158; |
| | ISE0261177 – ISE0261179; |
| | ISE0264270; |
| | ISE0573419- ISE0573435; |
| | ISE0852290 – ISE0852333; |
| | ISE0858554 – ISE0858578; |
| | ISE-MA0000519-618; |
| | ISE-MA0001319-483; |
| | ISE-MA0001662-ISE-MA0001678; |
| | NYSE CBOE-ISE 00700-12577 |
| | |
| | CBOE further notes that during prosecution of the '707 patent, Mr. Katz admitted to the United States Patent Office that this dependent claim recites only prior art. |
| 9 | 35 U.S.C. § 102 |
| | |
| | CBOE00003508- CBOE00003532; |
| | CBOE00003764- CBOE00003793; |
| | CBOE00003814- CBOE00003837; |

CBOE00004400-CBOE00004420;
CBOE00004576-CBOE00004578;
CBOE00039559-CBOE00039578;
CBOE00039656-CBOE00039730;
CBOE001224540 - CBOE001224555;
CBOE001224556 - CBOE001224565;
CBOE001224566 - CBOE001224589;
CBOE001224590 - CBOE001224626;
CBOE001224627 - CBOE001224699;
CBOE001224730 - CBOE001224772;
CBOE001225006 - CBOE001225016;
CBOE001461173 - CBOE001461243;
CBOE001461244 - CBOE001461276;
CBOE001476102 - CBOE001476157;
CBOE001476158 - CBOE001476439;
CBOE001476440 - CBOE001476445;
CBOE001476446 - CBOE001476475;
CBOE001476476 -CBOE001476491;
ISE0573419- ISE0573435;
ISE-MA0001662-ISE-MA0001678;
NYSE CBOE-ISE 00700-12577

35 U.S.C. § 103 (These references alone or in combination)

CBOE00003508- CBOE00003532;
CBOE00003764- CBOE00003793;
CBOE00003814- CBOE00003837;
CBOE00004370-CBOE00004386;
CBOE00004387-CBOE00004399;
CBOE00004400-CBOE00004420;
CBOE00004547- CBOE00004562;
CBOE00004576-CBOE00004578;
CBOE00004583- CBOE00004606;
CBOE00004607- CBOE00004609;
CBOE00004616- CBOE00004617;
CBOE00004618- CBOE00004659;
CBOE00004660- CBOE00004705;
CBOE00004706- CBOE00004715;
CBOE00004752-CBOE00004782;
CBOE00006869-CBOE00006891;
CBOE00007463-CBOE00007465;
CBOE00016803- CBOE00016827;
CBOE00039559-CBOE00039578;
CBOE00039620-CBOE00039620;
CBOE00039621-CBOE00039622;

| | |
|---|---|
| | CBOE00039656-CBOE00039730;<br>CBOE00051383-CBOE00051451;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>CBOE001648608-CBOE001648629;<br>CBOE001648769-CBOE001648778;<br>ISE0261049 – ISE0261051;<br>ISE0261097- ISE0261099;<br>ISE0261140- ISE0261158;<br>ISE0261177 – ISE0261179;<br>ISE0264270;<br>ISE0573419- ISE0573435;<br>ISE0852290 – ISE0852333;<br>ISE0858554 – ISE0858578;<br>ISE-MA0000519-618;<br>ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577<br><br>CBOE further notes that during prosecution of the '707 patent, Mr. Katz admitted to the United States Patent Office that this dependent claim recites only prior art. |
| 10 | 35 U.S.C. § 102<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004400-CBOE00004420;<br>CBOE00004576-CBOE00004578;<br>CBOE00039559-CBOE00039578;<br>CBOE00039656-CBOE00039730;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565; |

CBOE001224566 - CBOE001224589;
CBOE001224590 - CBOE001224626;
CBOE001224627 - CBOE001224699;
CBOE001224730 - CBOE001224772;
CBOE001225006 - CBOE001225016;
CBOE001461173 - CBOE001461243;
CBOE001461244 - CBOE001461276;
CBOE001476102 - CBOE001476157;
CBOE001476158 - CBOE001476439;
CBOE001476440 - CBOE001476445;
CBOE001476446 - CBOE001476475;
CBOE001476476 -CBOE001476491;
ISE0573419- ISE0573435;
ISE-MA0001662-ISE-MA0001678;
NYSE CBOE-ISE 00700-12577

35 U.S.C. § 103 (These references alone or in
combination)

CBOE00003508- CBOE00003532;
CBOE00003764- CBOE00003793;
CBOE00003814- CBOE00003837;
CBOE00004370-CBOE00004386;
CBOE00004387-CBOE00004399;
CBOE00004400-CBOE00004420;
CBOE00004547- CBOE00004562;
CBOE00004576-CBOE00004578;
CBOE00004583- CBOE00004606;
CBOE00004607- CBOE00004609;
CBOE00004616- CBOE00004617;
CBOE00004618- CBOE00004659;
CBOE00004660- CBOE00004705;
CBOE00004706- CBOE00004715;
CBOE00004752-CBOE00004782;
CBOE00006869-CBOE00006891;
CBOE00007463-CBOE00007465;
CBOE00016803- CBOE00016827;
CBOE00039559-CBOE00039578;
CBOE00039620-CBOE00039620;
CBOE00039621-CBOE00039622;
CBOE00039656-CBOE00039730;
CBOE00051383-CBOE00051451;
CBOE001224540 - CBOE001224555;
CBOE001224556 - CBOE001224565;
CBOE001224566 - CBOE001224589;
CBOE001224590 - CBOE001224626;

| | |
|---|---|
| | CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>CBOE001648608-CBOE001648629;<br>CBOE001648769-CBOE001648778;<br>ISE0261049 – ISE0261051;<br>ISE0261097- ISE0261099;<br>ISE0261140- ISE0261158;<br>ISE0261177 – ISE0261179;<br>ISE0264270;<br>ISE0573419- ISE0573435;<br>ISE0852290 – ISE0852333;<br>ISE0858554 – ISE0858578;<br>ISE-MA0000519-618;<br>ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577<br><br>CBOE further notes that during prosecution of the '707 patent, Mr. Katz admitted to the United States Patent Office that this dependent claim recites only prior art. |
| 22 | <u>35 U.S.C. § 102</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004484- CBOE00004493;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00039535- CBOE00039558;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475<br><br><br><u>35 U.S.C. § 103 (These references alone or in combination)</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837; |

| | |
|---|---|
| | CBOE00004387-CBOE00004399;<br>CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE00006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548;<br>CBOE001648572-CBOE001648607;<br>ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |
| 23 | <u>35 U.S.C. § 102</u><br><br>CBOE00039535-CBOE00039558<br><br><br><u>35 U.S.C. § 103 (These references alone or in combination)</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399;<br>CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE0006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548;<br>CBOE001648572-CBOE001648607; |

| | |
|---|---|
| | ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |
| 24 | 35 U.S.C. § 102<br><br>CBOE00039535-CBOE00039558<br><br><br>35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399;<br>CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE00006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548;<br>CBOE001648572-CBOE001648607;<br>ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |
| 27 | 35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399;<br>CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE00006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558; |

| | |
|---|---|
| | CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548;<br>CBOE001648572-CBOE001648607;<br>ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |
| 35 | 35 U.S.C. § 102<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004400-CBOE00004420;<br>CBOE00004576-CBOE00004578;<br>CBOE00039559-CBOE00039578;<br>CBOE00039656-CBOE00039730;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>ISE0573419- ISE0573435;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577<br><br><br>35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399;<br>CBOE00004370-CBOE00004386;<br>CBOE00004400-CBOE00004420; |

| | CBOE00004547- CBOE00004562; |
| | CBOE00004576-CBOE00004578; |
| | CBOE00004583- CBOE00004606; |
| | CBOE00004607- CBOE00004609; |
| | CBOE00004616- CBOE00004617; |
| | CBOE00004618- CBOE00004659; |
| | CBOE00004660- CBOE00004705; |
| | CBOE00004706- CBOE00004715; |
| | CBOE00004752-CBOE00004782; |
| | CBOE00006869-CBOE00006891; |
| | CBOE00007463-CBOE00007465; |
| | CBOE00016803- CBOE00016827; |
| | CBOE00039559-CBOE00039578; |
| | CBOE00039620-CBOE00039620; |
| | CBOE00039621-CBOE00039622; |
| | CBOE00039656-CBOE00039730; |
| | CBOE00051383-CBOE00051451; |
| | CBOE001224540 - CBOE001224555; |
| | CBOE001224556 - CBOE001224565; |
| | CBOE001224566 - CBOE001224589; |
| | CBOE001224590 - CBOE001224626; |
| | CBOE001224627 - CBOE001224699; |
| | CBOE001224730 - CBOE001224772; |
| | CBOE001225006 - CBOE001225016; |
| | CBOE001461173 - CBOE001461243; |
| | CBOE001461244 - CBOE001461276; |
| | CBOE001476102 - CBOE001476157; |
| | CBOE001476158 - CBOE001476439; |
| | CBOE001476440 - CBOE001476445; |
| | CBOE001476446 - CBOE001476475; |
| | CBOE001476476 -CBOE001476491; |
| | CBOE001648608-CBOE001648629; |
| | CBOE001648769-CBOE001648778; |
| | ISE0261049 – ISE0261051; |
| | ISE0261097- ISE0261099; |
| | ISE0261140- ISE0261158; |
| | ISE0261177 – ISE0261179; |
| | ISE0264270; |
| | ISE0573419- ISE0573435; |
| | ISE0852290 – ISE0852333; |
| | ISE0858554 – ISE0858578; |
| | ISE-MA0000519-618; |
| | ISE-MA0001319-483; |
| | ISE-MA0001662-ISE-MA0001678; |
| | NYSE CBOE-ISE 00700-12577 |

| 36 | 35 U.S.C. § 102[2] |
| --- | --- |
|  | CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004400-CBOE00004420;<br>CBOE00004576-CBOE00004578;<br>CBOE00039559-CBOE00039578;<br>CBOE00039656-CBOE00039730;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>ISE0573419- ISE0573435;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577<br><br><br>35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004370-CBOE00004386;<br>CBOE00004387-CBOE00004399;<br>CBOE00004400-CBOE00004420;<br>CBOE00004547- CBOE00004562;<br>CBOE00004576-CBOE00004578;<br>CBOE00004583- CBOE00004606;<br>CBOE00004607- CBOE00004609;<br>CBOE00004616- CBOE00004617;<br>CBOE00004618- CBOE00004659;<br>CBOE00004660- CBOE00004705; |

---

[2] This analysis uses Stephen Lieb, Esq.'s construction of "pro rata." CBOE takes no position whether it agrees with Mr. Lieb's construction.

49

| | |
|---|---|
| | CBOE00004706- CBOE00004715;<br>CBOE00004752-CBOE00004782;<br>CBOE00006869-CBOE00006891;<br>CBOE00007463-CBOE00007465;<br>CBOE00016803- CBOE00016827;<br>CBOE00039559-CBOE00039578;<br>CBOE00039620-CBOE00039620;<br>CBOE00039621-CBOE00039622;<br>CBOE00039656-CBOE00039730;<br>CBOE00051383-CBOE00051451;<br>CBOE001224540 - CBOE001224555;<br>CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>CBOE001648608-CBOE001648629;<br>CBOE001648769-CBOE001648778;<br>ISE0261049 – ISE0261051;<br>ISE0261097- ISE0261099;<br>ISE0261140- ISE0261158;<br>ISE0261177 – ISE0261179;<br>ISE0264270;<br>ISE0573419- ISE0573435;<br>ISE0852290 – ISE0852333;<br>ISE0858554 – ISE0858578;<br>ISE-MA0000519-618;<br>ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577 |
| 43 | <u>35 U.S.C. § 102</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004400-CBOE00004420;<br>CBOE00004576-CBOE00004578;<br>CBOE00039559-CBOE00039578; |

CBOE00039656-CBOE00039730;
CBOE001224540 - CBOE001224555;
CBOE001224556 - CBOE001224565;
CBOE001224566 - CBOE001224589;
CBOE001224590 - CBOE001224626;
CBOE001224627 - CBOE001224699;
CBOE001224730 - CBOE001224772;
CBOE001225006 - CBOE001225016;
CBOE001461173 - CBOE001461243;
CBOE001461244 - CBOE001461276;
CBOE001476102 - CBOE001476157;
CBOE001476158 - CBOE001476439;
CBOE001476440 - CBOE001476445;
CBOE001476446 - CBOE001476475;
CBOE001476476 -CBOE001476491;
ISE0573419- ISE0573435;
ISE-MA0001662-ISE-MA0001678;
NYSE CBOE-ISE 00700-12577

35 U.S.C. § 103 (These references alone or in combination)

CBOE00003508- CBOE00003532;
CBOE00003764- CBOE00003793;
CBOE00003814- CBOE00003837;
CBOE00004370-CBOE00004386;
CBOE00004387-CBOE00004399;
CBOE00004400-CBOE00004420;
CBOE00004547- CBOE00004562;
CBOE00004576-CBOE00004578;
CBOE00004583- CBOE00004606;
CBOE00004607- CBOE00004609;
CBOE00004616- CBOE00004617;
CBOE00004618- CBOE00004659;
CBOE00004660- CBOE00004705;
CBOE00004706- CBOE00004715;
CBOE00004752-CBOE00004782;
CBOE00006869-CBOE00006891;
CBOE00007463-CBOE00007465;
CBOE00016803- CBOE00016827;
CBOE00039559-CBOE00039578;
CBOE00039620-CBOE00039620;
CBOE00039621-CBOE00039622;
CBOE00039656-CBOE00039730;
CBOE00051383-CBOE00051451;
CBOE001224540 - CBOE001224555;

| | |
|---|---|
| | CBOE001224556 - CBOE001224565;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224590 - CBOE001224626;<br>CBOE001224627 - CBOE001224699;<br>CBOE001224730 - CBOE001224772;<br>CBOE001225006 - CBOE001225016;<br>CBOE001461173 - CBOE001461243;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476102 - CBOE001476157;<br>CBOE001476158 - CBOE001476439;<br>CBOE001476440 - CBOE001476445;<br>CBOE001476446 - CBOE001476475;<br>CBOE001476476 -CBOE001476491;<br>CBOE001648608-CBOE001648629;<br>CBOE001648769-CBOE001648778;<br>ISE0261049 – ISE0261051;<br>ISE0261097- ISE0261099;<br>ISE0261140- ISE0261158;<br>ISE0261177 – ISE0261179;<br>ISE0264270;<br>ISE0573419- ISE0573435;<br>ISE0852290 – ISE0852333;<br>ISE0858554 – ISE0858578;<br>ISE-MA0000519-618;<br>ISE-MA0001319-483;<br>ISE-MA0001662-ISE-MA0001678;<br>NYSE CBOE-ISE 00700-12577<br><br>CBOE further notes that during prosecution of the '707 patent, Mr. Katz admitted to the United States Patent Office that this dependent claim recites only prior art. |
| 45 | <u>35 U.S.C. § 102</u><br><br>CBOE00039656-CBOE00039730<br><br><u>35 U.S.C. § 103 (These references alone or in combination)</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003764- CBOE00003793;<br>CBOE00003814- CBOE00003837;<br>CBOE00004370-CBOE00004386;<br>CBOE00004387-CBOE00004399;<br>CBOE00004400-CBOE00004420;<br>CBOE00004547- CBOE00004562; |

|  | CBOE00004563- CBOE00004570 |
|  | CBOE00004576-CBOE00004578; |
|  | CBOE00004583- CBOE00004606; |
|  | CBOE00004607- CBOE00004609; |
|  | CBOE00004616- CBOE00004617; |
|  | CBOE00004618- CBOE00004659; |
|  | CBOE00004660- CBOE00004705; |
|  | CBOE00004706- CBOE00004715; |
|  | CBOE00004752-CBOE00004782; |
|  | CBOE00006869-CBOE00006891; |
|  | CBOE00007463-CBOE00007465; |
|  | CBOE00016803- CBOE00016827; |
|  | CBOE00039559-CBOE00039578; |
|  | CBOE00039620-CBOE00039620; |
|  | CBOE00039621-CBOE00039622; |
|  | CBOE00039656-CBOE00039730; |
|  | CBOE00051383-CBOE00051451; |
|  | CBOE001224540 - CBOE001224555; |
|  | CBOE001224556 - CBOE001224565; |
|  | CBOE001224566 - CBOE001224589; |
|  | CBOE001224590 - CBOE001224626; |
|  | CBOE001224627 - CBOE001224699; |
|  | CBOE001224730 - CBOE001224772; |
|  | CBOE001225006 - CBOE001225016; |
|  | CBOE001461173 - CBOE001461243; |
|  | CBOE001461244 - CBOE001461276; |
|  | CBOE001476102 - CBOE001476157; |
|  | CBOE001476158 - CBOE001476439; |
|  | CBOE001476440 - CBOE001476445; |
|  | CBOE001476446 - CBOE001476475; |
|  | CBOE001476476 -CBOE001476491; |
|  | CBOE001648608-CBOE001648629; |
|  | CBOE001648769-CBOE001648778; |
|  | ISE0261049 – ISE0261051; |
|  | ISE0261097- ISE0261099; |
|  | ISE0261140- ISE0261158; |
|  | ISE0261177 – ISE0261179; |
|  | ISE0264270; |
|  | ISE0573419- ISE0573435; |
|  | ISE0852290 – ISE0852333; |
|  | ISE0858554 – ISE0858578; |
|  | ISE-MA0000519-618; |
|  | ISE-MA0001319-483; |
|  | ISE-MA0001662-ISE-MA0001678; |
|  | NYSE CBOE-ISE 00700-12577 |

| 56 | 35 U.S.C. § 102 |
|----|-----------------|
|    | CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004484- CBOE00004493;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00039535- CBOE00039558;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475<br><br>35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399;<br>CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE00006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548;<br>CBOE001648572-CBOE001648607;<br>ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |
| 57 | 35 U.S.C. § 102 |
|    | CBOE00039535-CBOE00039558<br><br>35 U.S.C. § 103 (These references alone or in combination)<br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399; |

54

| | |
|---|---|
| | CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE00006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548;<br>CBOE001648572-CBOE001648607;<br>ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |
| 58 | <u>35 U.S.C. § 102</u><br><br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699<br><br><u>35 U.S.C. § 103 (These references alone or in combination)</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399;<br>CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004563- CBOE00004570;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE00006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548; |

| | CBOE001648572-CBOE001648607;<br>ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |
|---|---|
| 61 | <u>35 U.S.C. § 102</u><br><br>CBOE00039535-CBOE00039558<br><br><u>35 U.S.C. § 103 (These references alone or in combination)</u><br><br>CBOE00003508- CBOE00003532;<br>CBOE00003814- CBOE00003837;<br>CBOE00004387-CBOE00004399;<br>CBOE00004484- CBOE00004493;<br>CBOE00004525- CBOE00004546;<br>CBOE00004547- CBOE00004562;<br>CBOE00004660- CBOE00004705;<br>CBOE00004706- CBOE00004715;<br>CBOE00006869-CBOE00006891;<br>CBOE00006930- CBOE00006938;<br>CBOE00007463-CBOE00007465;<br>CBOE00039535-CBOE00039558;<br>CBOE001224566 - CBOE001224589;<br>CBOE001224627 - CBOE001224699;<br>CBOE001461244 - CBOE001461276;<br>CBOE001476446 - CBOE001476475;<br>CBOE001648549-CBOE001648571;<br>CBOE001648512-CBOE001648548;<br>CBOE001648572-CBOE001648607;<br>ISE-MA0000519-618;<br>NYSE CBOE-ISE 00700-12577 |

CBOE also directs ISE to the deposition transcript of Steven Lieb, Esq., which contains

detailed testimony concerning the invalidity and unenforceability of the '707 patent.

















AS TO OBJECTIONS:


Dated:  June 19, 2009               By: _____
                                    Jonathan A. Marshall
                                    David Francescani
                                    Eric Roman
                                    Irene Hudson
                                    Michael T. Zoppo
                                    **FISH & RICHARDSON P.C.**

Jonathan A. Marshall
David Francescani
Eric Roman
Irene Hudson
Michael T. Zoppo
**FISH & RICHARDSON P.C.**
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291


Paul E. Dengel
Stacie R. Hartman
Mark E. Ashton
**SCHIFF HARDIN LLP**
660 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5600 (*facsimile*)

*Attorneys for Plaintiff Chicago Board
Options Exchange, Incorporated*

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS
EXCHANGE, INCORPORATED**
400S. LaSalle Street
Chicago, IL 60605
Telephone: (312) 786-7909


88

AS TO ANSWERS:

## **VERIFICATION**

I, __Michael T. Zoppo__, declare as follows:

I am one of the attorneys acting as trial counsel for Chicago Board Options Exchange, Incorporated ("CBOE") in this action and I am duly authorized by CBOE to verify the foregoing interrogatory responses on its behalf.

I have read, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED'S SUPPLEMENTAL RESPONSES TO INTERNATIONAL SECURITY EXCHANGE, LLC'S INTERROGATORY NOS. 1, 2, AND 4, dated June 19, 2009, and I am familiar with the contents thereof. I am informed and believe that the facts stated therein are true and correct to the best of my knowledge.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated: June 19, 2009

By: _____
Jonathan A. Marshall
David Francescani
Eric Roman
Irene Hudson
Michael T. Zoppo
**FISH & RICHARDSON P.C.**
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

89

Paul E. Dengel
Stacie R. Hartman
Mark E. Ashton
**SCHIFF HARDIN LLP**
660 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5600 (*facsimile*)

*Attorneys for Plaintiff Chicago Board*
*Options Exchange, Incorporated*

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS**
**EXCHANGE, INCORPORATED**
400S. LaSalle Street
Chicago, IL 60605
Telephone: (312) 786-7909

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED'S SUPPLEMENTAL RESPONSES TO INTERNATIONAL SECURITY EXCHANGE, LLC'S INTERROGATORY NOS. 1, 2, AND 4 was served on the Defendant by sending copies by E-Mail and First Class Mail:

Parker H. Bagley, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
PBagley@goodwinprocter.com

Michael Denny Huber, Esq.
Cray Huber Horstman Heil &
VanAusdal LLC
303 West Madison Street
Suite 2200
Chicago, IL 60606
Telephone: (312) 332-8450
Facsimile: (312) 332-8451
mdh@crayhuber.com

on June 19, 2009.

Miranda Perkins