UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Chicago Board Options Exchange, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>International Securities Exchange, LLC,<br><br>　　　　　Defendant. | Civil Action No. 07-cv-623<br><br>The Hon. Joan H. Lefkow, U.S.D.J.<br>The Hon. Jeffrey Cole, U.S.M.J. |

**NOTICE OF PRESENTMENT OF ORDER GRANTING DEFENDANT
INTERNATIONAL SECURITIES EXCHANGE, LLC'S MOTION
TO COMPEL CHICAGO BOARD OPTIONS EXCHANGE, INC.
TO SUPPLEMENT ITS INVALIDITY CONTENTIONS**

**PLEASE TAKE NOTICE** that the undersigned will present the attached motion and proposed order to the Honorable Jeffrey Cole, United States District Court Magistrate Judge, for signature on Wednesday, December 16, 2009 at 9:15 AM.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Judge's chambers and the undersigned by Tuesday December 15, 2009 at 5:00 PM (Central Time), there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Plaintiff may request the Court to schedule a hearing on the order at the earliest possible date. The moving party and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

2

Dated: December 10, 2009 s/Michael DeVincenzo
Parker Bagley
Michael S. DeVincenzo
GOODWI N PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800 Fax: 212.355.3333

Michael D. Huber
CRAY HUBER HORSTMAN HEIL & VAN
AUSDAL LLC
303 W Madison, Suite 2200
Chicago, IL 60606
Telephone No.: (312) 332-8450
Facsimile No.: (312) 332-8451

*Attorneys for Defendant International Securities Exchange, LLC*

## **CERTIFICATE OF SERVICE**

   The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on December 10, 2009 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

                /s/ Michael S. DeVincenzo
                Michael S. DeVincenzo