**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.2**
**Eastern Division**

Chicago Board Options Exchange, Incorporated
                                                            Plaintiff,

v.                                                          Case No.: 1:07−cv−00623
                                                            Honorable Joan H. Lefkow

International Securities Exchange, LLC
                                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 15, 2009:

    MINUTE entry before Honorable Jeffrey Cole:ORAL Motion by Defendant, International Securities Exchange, LLC to withdraw motion to compel [241] is granted. Motion to compel [241] is withdrawn. No appearance is necessary on 12/16/09. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.