UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br><br>Hon. Jeffrey Cole, U.S.M.J. |

**CBOE'S MOTION FOR LEAVE TO FILE A SINGLE RESPONSIVE BRIEF TO ISE'S TWO MOTIONS FOR SUMMARY JUDGMENT ON THE ISSUE OF <u>INEQUITABLE CONDUCT</u>**

On November 18, 2009, Defendant International Securities Exchange, LLC filed two motions for summary judgment on the issue of inequitable conduct (D.I. 218 and 220). Plaintiff Chicago Board Options Exchange, Incorporated ("CBOE") respectfully moves this Court for leave to file its opposition to ISE's two motions (D.I. 218 and 220) as a single responsive brief. In support of its Motion, CBOE states as follows:

1. The defendant's two motions relate to the same issue of inequitable conduct. CBOE respectfully submits that it will reduce the Court's burden to review a single opposition rather than two separate oppositions on the same issue.

2. As Local Rule 7.1 entitles CBOE to a fifteen page opposition to each motion, CBOE's single responsive brief will be under 30 pages.

1

Respectfully submitted,

Dated: December 17, 2009

By: s/ *Michael T. Zoppo*
Jonathan A. Marshall
David Francescani
Michael T. Zoppo
Brian J. Doyle
**FISH & RICHARDSON P.C.**
601 Lexington Ave., 52nd fl.
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Paul E. Dengel
Stacie R. Hartman
Ayad P. Jacob
**SCHIFF HARDIN LLP**
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5600 (*facsimile*)

*Attorneys for Plaintiff Chicago Board Options Exchange, Incorporated*

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED**
400S. LaSalle Street
Chicago, IL 60605
Telephone: (312) 786-7909

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed CBOE'S MOTION FOR LEAVE TO FILE A SINGLE RESPONSIVE BRIEF TO ISE'S TWO MOTIONS FOR SUMMARY JUDGMENT ON THE ISSUE OF INEQUITABLE CONDUCT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_s/ Michael T. Zoppo_____