UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, December 22, 2009 at 9:30 a.m., we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present CBOE'S MOTION FOR LEAVE TO FILE A SINGLE RESPONSIVE BRIEF TO ISE'S TWO MOTIONS FOR SUMMARY JUDGMENT ON THE ISSUE OF INEQUITABLE CONDUCT, a copy of which is being electronically served on all the attorneys of record by the Court's CM/ECF system and by email and U.S. mail.

Respectfully submitted,

Dated: December 17, 2009

By: s/ *Michael T. Zoppo*
Jonathan A. Marshall
David Francescani
Michael T. Zoppo
Brian J. Doyle
**FISH & RICHARDSON P.C.**
601 Lexington Ave., 52nd fl.
New York, NY 10022

2

Telephone: (212) 765-5070
Facsimile: (212) 258-2291

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed CBOE'S MOTION FOR LEAVE TO FILE A SINGLE RESPONSIVE BRIEF TO ISE'S TWO MOTIONS FOR SUMMARY JUDGMENT ON THE ISSUE OF INEQUITABLE CONDUCT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Michael T. Zoppo*