# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 623 | **DATE** | 12/22/2009 |
| **CASE TITLE** | CBOE vs. ISE | | |

**DOCKET ENTRY TEXT**

Enter Opinion and Order. For the reasons stated in the Opinion and Order, CBOE's motion for leave to file a second amended complaint [209] is denied. ISE's motion for summary judgment on the inequitable conduct allegations in CBOE's proposed amended complaint [218] is dismissed as moot.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|