## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>     Plaintiff,<br><br> v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br><br><br>     Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J.<br><br>**ORAL ARGUMENT REQUESTED** |

### CBOE'S DECEMBER 2009 MOTION TO AMEND THE COMPLAINT

  Plaintiff Chicago Board Options Exchange, Incorporated ("CBOE") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15 for an order to file a second amended complaint ("Second Amended Complaint"). This motion is based on the attached Memorandum, the pleadings, and such further evidence and argument as the Court may consider.

  The Second Amended Complaint provides additional details to CBOE's inequitable conduct defense that was set forth in the November 4, 2009 proposed amended complaint which, the Court determined, lacked sufficient detail under Rule 9(b). Furthermore, the attached Memorandum addresses the issue of delay described by the Court in its Opinion and Order of December 22, 2009.

                Respectfully submitted,

Dated: December 31, 2009        By: s/ Jonathan A. Marshall
                   Jonathan A. Marshall
                   David Francescani
                   Michael T. Zoppo
                   Brian Doyle
                   **FISH & RICHARDSON P.C.**

2

601 Lexington Avenue – 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Paul E. Dengel
Stacie R. Hartman
Ayad P. Jacob
**SCHIFF HARDIN LLP**
660 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5600 (*facsimile*)

*Attorneys for Plaintiff Chicago Board
Options Exchange, Incorporated*

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS
EXCHANGE, INCORPORATED**
400S. LaSalle Street
Chicago, IL 60605
Telephone: (312) 786-7909

3

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on December 31, 2009, I electronically filed CHICAGO BOARD OPTIONS EXCHANGE, INC.'S DECEMBER 2009 MOTION TO AMEND THE COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                   s/ Jonathan A. Marshall