**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>        Plaintiff,<br><br>  v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>        Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, January 7, 2010 at 9:30 a.m., we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED'S DECEMBER 2009 MOTION TO AMEND THE COMPLAINT, a copy of which is being electronically served on all the attorneys of record by the Court's CM/ECF system and by email and U.S. mail.

For the Court's convenience we are submitting, under separate cover, copies of the depositions of Gary Katz, Katherine Simmons and Stephen Lieb, as well as the OM Click Exchange Software Product Description and relevant excerpts of the prosecution file history of U.S. Patent No. 6,618,707.

                                                  Respectfully submitted,

Dated: December 31, 2009                              By:  s/ Jonathan A. Marshall_____

2

        Jonathan A. Marshall
        David Francescani
        Michael T. Zoppo
        **FISH & RICHARDSON P.C.**
        601 Lexington Avenue – 52nd Floor
        New York, NY 10022
        Telephone: (212) 765-5070
        Facsimile: (212) 258-2291

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2009, I electronically filed CHICAGO BOARD OPTIONS EXCHANGE, INC.'S DECEMBER 2009 MOTION TO AMEND THE COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

   s/ Jonathan A. Marshall