**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>    Plaintiff,<br><br> v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br><br>    Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## [proposed] ORDER TO ENTER CHICAGO BOARD OPTIONS EXCHANGE'S SECOND AMENDED COMPLAINT

It is hereby ordered that Chicago Board Options Exchange, Inc.'s motion for leave to amend its complaint is hereby GRANTED.

Dated: January ____, 2010

                                  _____
                                  Hon. Joan H. Lefkow