**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL SECURITIES EXCHANGE, LLC, <br><br><br> Defendant. | Case No. 07-cv-00623 <br><br> Hon. Joan H. Lefkow, U.S.D.J. <br> Hon. Jeffrey Cole, U.S.M.J. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 12, 2010 at 9:30 a.m., we shall appear before

the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom

1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall

then and there present CBOE'S DECEMBER 2009 MOTION TO AMEND THE COMPLAINT,

a copy of which has been electronically served on all the attorneys of record by the Court's

CM/ECF system and by email.  This represents a rescheduling of the original date of January 7,

2010, per the court's request.

Respectfully submitted,

Dated:  January 4, 2010

By:  s/ *Jonathan A. Marshall*
     Jonathan A. Marshall
     David Francescani
     Michael T. Zoppo
     Brian J. Doyle
     **FISH & RICHARDSON P.C.**
     601 Lexington Ave., 52nd fl.
     New York, NY 10022

1

2

Telephone: (212) 765-5070
Facsimile: (212) 258-2291

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2010, I electronically filed CBOE's NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


    *s/ Neil Ramsaroop*