UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Chicago Board Options Exchange, Inc., <br><br> Plaintiff, <br><br> v. <br><br> International Securities Exchange, LLC, <br><br> Defendant. | Civil Action No. 07-cv-623 <br><br> The Hon. Joan H. Lefkow, U.S.D.J. <br> The Hon. Jeffrey Cole, U.S.M.J. |

## DECLARATION OF BRIAN J. PREW

Brian J. Prew hereby declares:

1. I am an associate with the firm Goodwin Procter LLP, attorneys for Defendant International Securities Exchange, LLC ("ISE") in this action. I submit this declaration in support of ISE's Opposition to CBOE's December 2009 Motion to Amend the Complaint.

2. Attached as Exhibit A hereto is a true and correct copy of an August 6, 2009 letter from Parker Bagley to Jonathan Marshall regarding Chicago Board Options Exchange, Inc. v. International Securities Exchange, LLC: Civ. Action No. 1:07-CV-00623 (JHL/JC).

3. Attached as Exhibit B hereto is a true and correct copy of an October 13, 2009 e-mail from Michael DeVincenzo to Michael Zoppo, Jonathan Marshall and David Francescani regarding CBOE v. ISE.

4. Attached as Exhibit C hereto is a true and correct copy an October 16, 2009 e-mail from Michael DeVincenzo to Michael Zoppo, Jonathan Marshall and David Francescani regarding CBOE v. ISE.

5. Attached as Exhibit D hereto is a true and correct copy an October 28, 2009 e-

mail from Parker Bagley to Jonathan Marshall regarding CBOE's Proposed Second Amended Complaint.

I hereby declare, under penalty of perjury, that the foregoing is true and correct, this 12 day of January, 2010.

*[signature]*
Brian J. Prew

## CERTIFICATE OF SERVICE

    The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on January 12, 2009 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

                                                   /s/ Michael S. DeVincenzo
                                                   Michael S. DeVincenzo

LIBNY/4882035.1