**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>                    Plaintiff,<br><br>     v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br><br><br>                    Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## CHICAGO BOARD OPTIONS EXCHANGE'S MOTION TO SEAL EXHIBITS RELATED TO ITS MOTION TO AMEND THE COMPLAINT

Plaintiff Chicago Board Options Exchange, Incorporated ("CBOE") respectfully moves this Court for an order to seal certain documents related to the memorandum in support of its motion to file a second amended complaint ("Memorandum"). *See* D.I. 270. The parties have agreed that Exhibits 1 and 2 to the Memorandum, *see* D.I. 270-1 and D.I. 270-2, should be placed under seal. To this end, CBOE hereby respectfully moves the Court to place Exhibits 1 (D.I. 270-1) and 2 (D.I. 270-2) under seal. CBOE has filed redacted versions of Exhibits 1 and 2 that contain the redactions agreed to by the parties. *See* D.I. 272 and 274.

The parties agree that the document filed at D.I. 273, originally intended as a redacted version of D.I. 270-2, is insufficiently redacted. Accordingly, CBOE respectfully moves the Court to delete from the docket or place under seal the document at D.I. 273.

                                                                Respectfully submitted,

Dated: January 12, 2010                          By:  s/ Jonathan A. Marshall
                                                                Jonathan A. Marshall
                                                                David Francescani

Michael T. Zoppo
Brian Doyle
**FISH & RICHARDSON P.C.**
601 Lexington Avenue – 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Paul E. Dengel
Stacie R. Hartman
Ayad P. Jacob
**SCHIFF HARDIN LLP**
Suite 6600
233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5600 (*facsimile*)

*Attorneys for Plaintiff Chicago Board Options Exchange, Incorporated*

Joanne Moffic-Silver
Jordan Newmark
**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED**
400S. LaSalle Street
Chicago, IL 60605
Telephone: (312) 786-7909

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2010, I electronically filed CHICAGO BOARD OPTIONS EXCHANGE'S MOTION TO SEAL EXHIBITS RELATED TO ITS MOTION TO AMEND THE COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                  s/ Jonathan A. Marshall