**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, | |
| Plaintiff, | Case No. 07-cv-00623 |
| v. | Hon. Joan H. Lefkow, U.S.D.J. |
| INTERNATIONAL SECURITIES EXCHANGE, LLC, | Hon. Jeffrey Cole, U.S.M.J. |
| Defendant. | |

**[proposed] ORDER TO SEAL EXHIBITS RELATED TO CHICAGO BOARD OPTIONS EXCHANGE'S MOTION TO AMEND THE COMPLAINT**

It is hereby ordered that Chicago Board Options Exchange, Inc.'s motion to seal the exhibits found at docket entries D.I. 270-1, D.I. 270-2, and D.I. 273 is hereby GRANTED.

Dated:  January ____, 2010

_____
Hon. Joan H. Lefkow