# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>    Plaintiff,<br><br> v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br><br>    Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that on Tuesday, January 19, 2010 at 9:30 a.m., we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present CHICAGO BOARD OPTIONS EXCHANGE'S MOTION TO SEAL EXHIBITS RELATED TO ITS MOTION TO AMEND THE COMPLAINT, a copy of which is being electronically served on all the attorneys of record by the Court's CM/ECF system and by email and U.S. mail.

                       Respectfully submitted,

Dated: January 12, 2010        By: s/ Jonathan A. Marshall
                       Jonathan A. Marshall
                       David Francescani
                       Michael T. Zoppo
                       **FISH & RICHARDSON P.C.**
                       601 Lexington Avenue – 52nd Floor
                       New York, NY 10022
                       Telephone: (212) 765-5070
                       Facsimile: (212) 258-2291

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2010, I electronically filed CHICAGO BOARD OPTIONS EXCHANGE'S MOTION TO SEAL EXHIBITS RELATED TO ITS MOTION TO AMEND THE COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    s/ Jonathan A. Marshall