# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Chicago Board Options Exchange, Incorporated

                            Plaintiff,

v.                                                   Case No.: 1:07−cv−00623
                                                    Honorable Joan H. Lefkow

International Securities Exchange, LLC

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 12, 2010:

       MINUTE entry before Honorable Joan H. Lefkow:Response to response plaintiff's motion to amend complaint [268] due by 1/12/2010 reply due by 1/19/2010; ruling will issue by mail.Telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.