**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHICAGO BOARD OPTIONS EXCHANGE,
INCORPORATED,

    Plaintiff,

        v.

INTERNATIONAL SECURITIES EXCHANGE,
LLC,

    Defendant.

Case No. 07 CV 0623

Hon. Joan H. Lefkow

**FINAL CLAIM CONSTRUCTION FOR U.S. PATENT NO. 6,618,707**

I.   AGREED TERMS

| Claim or Term Element | Construction Agreed to by Parties | Court's Construction |
|---|---|---|
| "public customer orders"<br><br>(All Asserted Claims) | Orders entered on behalf of any party that is not a registered broker-dealer. | Accepted. |
| "order"<br><br>(All Asserted Claims) | An instruction on behalf of a professional or public customer to purchase or sell an instrument, the order having a size associated therewith. | Accepted. |
| "quotation"<br><br>(All Asserted Claims) | An indication by a market maker of the price at which it is willing to buy or sell an instrument for which it has been assigned to create a market, the quotation having a size associated therewith. | Accepted. |
| "allocating parameters"<br><br>(All Asserted Claims) | Parameters for dividing portions of the incoming order or quotation among the previously received orders and quotations. | Rules for dividing portions of the incoming order or quotation among the previously received orders and quotations. |
| "parameters for allocating a first portion of the incoming order or quotation against previously received customer orders"<br><br>(Claims 1-3; 6; 9-10) | Parameters for allocating a first portion of the incoming order or quotation against previously received customer orders. | Rules for allocating a first portion of the incoming order or quotation against previously received customer orders. |
| "processor means for allocating portions of | Function: Allocating portions of the | Accepted. |

| | | |
|---|---|---|
| the incoming order or quotation among the plurality of previously received orders and quotations in the book memory means based on the allocating parameters in the system memory means"<br><br>(Claims 1-6; 9-10; 22-24; 27) | incoming order or quotation among the plurality of previously received orders and quotations based upon the allocation parameters in the system memory.<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that divides the incoming order and quotation among the previously received orders and quotations. | Accepted. |

II. DISPUTED TERMS

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "automated exchange" (All Asserted Claims) | An "automated exchange" is a fully computerized exchange in which no matching or allocating is performed manually in open outcry. | An exchange that includes a system that automatically matches incoming orders and quotations with stored orders and quotations. | CBOE's construction is accepted. |
| "professional orders" (All Asserted Claims) | Orders entered on behalf of registered broker-dealers, including Primary Market Makers (PMMs), Competitive Market Makers (CMMs) and Electronic Access Members (EAMs). | Orders entered on behalf of registered broker-dealers. | CBOE's construction is accepted. |
| "allocating" (Claims 1-6; 9-10; 22-24; 27) | Dividing portions of the incoming order or quotation among the previously received orders and quotations. "Allocating" is a process that is distinct from "matching." | Dividing all or portions of the incoming order or quotation among the previously received orders and quotations. | Dividing all or portions of the incoming order or quotation among the previously received orders and quotations. "Allocating" is a process that is distinct from "matching." |
| | | | |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "matching"<br><br>(Claims 2-5; 35-36; 43; 45; 56-58; 61) | Identifying a counterpart order or quotation for an incoming order or quotation based on price. "Matching" is a process that is distinct from "allocating." | Identifying a counterpart previously received order or quotation for receiving a portion of an incoming order. | CBOE's construction is accepted. |
| "allocating a remaining portion of the incoming order or quotation preferentially against professional orders and quotations with larger size"<br><br>(Claims 1-3; 6; 9-10) | Allocating larger portions of a remaining incoming order or quotation to professionals quoting or ordering larger size. | Allocating a remaining portion of the incoming order or quotation in a preferred manner against professional orders and quotations that are larger in size than other professions orders and quotations in the book memory means. | Allocating a remaining portion of the incoming order or quotation according to the size of the order or quotation, from largest to smallest. |
| "pro rata"<br><br>(Claims 2 and 36) | In proportion according to size. | Based on a percentage of the size of a professional's order or quotation with reference to the total size of the professional orders and quotations at the same price. | CBOE's construction is accepted. |
| "the remaining portion"<br><br>(Claims 2 and 3) | The portion of the incoming order or quotation that is allocated preferentially against professional orders and quotations with larger size. | The portion allocated in a preferred manner against professional orders and quotations that are larger in size than other professional orders and quotations in the book memory. | ISE's construction is accepted. |

5

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "book memory means"<br><br>(Claims 1-6; 9-10; 22-24; 27) | <u>Function</u>: The book memory means stores a plurality of previously received orders or quotations to trade a corresponding plurality of quantities of the instrument, the previously received orders and quotations each having a size associated therewith and the previously received orders including public customer orders previously entered for public customers and professional orders or quotations previously entered for one or more professionals.<br><br><u>Structure</u>: Book memory 33 | <u>Function</u>: Storing a plurality of previously received orders and quotations to trade a corresponding plurality of quantities of the instrument.<br><br><u>Structure</u>: Memory | <u>Function</u>: Storing a plurality of previously received orders or quotations to trade a corresponding plurality of quantities of the instrument, the previously received orders and quotations each having a size associated therewith.<br><br><u>Structure</u>: Book memory 33 |
| | | | |

6

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "system memory means"<br><br>(Claims 1-6; 9-10; 22-24; 27) | Function: The system memory means stores allocating parameters for allocating trades between the incoming order or quotation and the previously received orders and quotations.<br><br>Structure: System memory 26, bid matching process 34 and offer matching process 36 | Function: Storing allocating parameters.<br><br><br><br><br><br>Structure: Memory | Function: Storing parameters of the entity administering the invention for allocating trades between the incoming order or quotation and the previously received orders and quotations.<br><br>Structure: CBOE's construction is accepted. |
| "means for matching the remaining portion with professional orders or quotations in the book memory means on a pro rata basis"<br><br>(Claim 2) | Function: Matching the remaining portion with professional orders or quotations in the book memory means on a pro rata basis.<br><br>Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors, but there is no disclosure of the steps such general-purpose computer(s) would perform | Function: Matching the remaining portion with professional order or quotations in the book memory means on a pro rata basis.<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the step of matching the remaining portion | Function: Agreed construction is accepted.<br><br><br><br>Structure: A general purpose computer under the control of a software system; a network of general purpose computers, each under the control of a separate software program; or a system of interconnected parallel processors Note: (See Attachment A). |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | | based on a percentage of the size of a professional's order or quotation with reference to the total size of the professional orders and quotations at the same price. | |
| "means for matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker" (Claims 3 & 4) | Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker. Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to perform the steps of FIG. 4(b) for bids and FIG. 5(b) for offers. | Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker. Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a minimum allocation percentage to a primary market maker comprising the following steps: 1) calculating a primary market maker's minimum allocation percentage of the remaining portion; 2) calculating the primary market | Function: Agreed construction is accepted. Structure: A general purpose computer under the control of a software system; a network of general purpose computers, each under the control of a separate software program; or a system of interconnected parallel processors programmed to perform the steps of Fig. 4(b) for bids and Fig. 5(b) for offers. Note: ISE's construction is descriptive of the steps set out in Figs. 4(b) and 5(b). The text from col.15, l 19 - col.19, l.6 applies specific steps |

8

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | | maker's pro rata allocation of the remaining portion; and<br>3) matching the greater of the two to the quotation identified with the primary market maker. | identified in Figs. 4(b) and 5(b) as the way to allocate the PMM's share of the remaining portion. CBOE's construction is more faithful to the rule that the specification must disclose the particular structure that is used to perform the recited function. *Blackboard, Inc.* v. *Desire2Learn, Inc.*, 2009 WL 2215104, *14 (Fed. Cir. July 27, 2009). |
| "means for matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker, and wherein the minimum allocation percentage is N% and the percentage of the remaining portion allocated to the order identified with the primary market maker is:<br><br>X% = Max[N%, siz[pmm] / (siz[pmm]+siz[pro])] | Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker, and wherein the minimum allocation percentage is N% and the percentage of the remaining portion allocated to the order identified with the primary market maker is:<br><br>X% = Max[N%, siz[pmm] / (siz[pmm]+siz[pro])] | Function: Matching the remaining portion based on a formula that allocates the minimum allocation percentage of the remaining portion to the quotation identified with the primary market maker.<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that matches a minimum allocation percentage to a primary market maker comprising the following steps: | Note: The specification does not contain any reference to this means for matching. Rather, the claim itself contains an algorithm (series of steps) sufficient to accomplish the function of allocating the remaining portion to the quotation identified with the primary market maker according to the particular formula recited within the claim. See *MicroChemical, Inc.* v. *Great Plains Chemical Co.*, 194 F.3d 1250, 1257 (1999) ("If the word 'means' appears in a claim element in association with a function, this court presumes that § 112, ¶ 6 applies. This presumption collapses, however, if the claim itself recites sufficient structure, |

9

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| where siz[pmm] is the size of the order identified with the primary market maker, and size[pro] is the sum of the sizes of the professional orders not identified with the primary market maker."<br><br>(Claim 4) | where siz[pmm] is the size of the order identified with the primary market maker, and size[pro] is the sum of the sizes of the professional orders not identified with the primary market maker.<br><br>Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors, but there is no disclosure of the steps such general-purpose computer(s) would perform. | 1) calculating a primary market maker's minimum allocation percentage of the remaining portion;<br>2) calculating the primary market maker's pro rata allocation of the remaining portion; and<br>3) matching the greater of the two to the quotation identified with the primary market maker | material, or acts to perform the claimed function.")(cit. omit.).<br>  If, however, this is incorrect, and it should be construed as means plus function, then the <u>function</u> must be the entirety of claim 5 text at col.30, ll.49-67, and the <u>structure</u> is a general purpose computer under the control of a software system; a network of general purpose computers, each under the control of a separate software program; or a system of interconnected parallel processors, programmed to perform the formula recited in claim 4. |
| "means for matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations"<br><br>(Claim 4) | <u>Function</u>: Matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations.<br><br><u>Structure</u>: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to | <u>Function</u>: Matching a first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations<br><br><u>Structure</u>: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an | <u>Function</u>: Agreed construction is accepted.<br><br><br><br><br><br><br><br><u>Structure</u>: A general purpose computer under the control of a software system; a network of general purpose computers, each under the control of a separate software program; or a system |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | perform the steps of FIG. 4(a) for bids and the steps of FIG. 5(a) for offers. | algorithm that matches a first portion of an incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation. Wherein the algorithm comprises the steps of: 1) determining whether there are customer orders stored in the book memory means, and if so; 2) matching a first portion of the incoming order or quotation against customer orders; 3) determining whether there are any remaining portions of the incoming order, and if so; 4) matching a remaining portion (after step 2) against professional orders and quotations. | of interconnected parallel processors, programmed to perform the steps of FIG. 4(a) for bids and the steps of FIG. 5(a) for offers.<br><br>Note: ISE's construction is descriptive of the steps set out in FIG. 4(a) and FIG 5(a). The text from col.15, l 19 - col.19, l.6 applies specific steps identified in FIG. 4(a) and FIG. 5(a) as the way to allocate the first portion of the incoming order or quotation against customer orders and a remaining portion of the incoming order or quotation against professional orders and quotations. CBOE's construction is more faithful to the rule that the specification must disclose the particular structure that is used to perform the recited function. *Blackboard, Inc.* v. *Desire2Learn, Inc.*, 2009 WL 2215104, *14 (Fed. Cir. July 27, 2009). |
| | | | |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "away market querying means for determining an away market price for the instrument"<br><br>(Claim 22) | Function: The away market querying means determines an away market price for the instrument.<br><br>Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors, but there is no disclosure of the steps such general-purpose computer(s) would perform.. | Function: Determining an away market price for the instrument<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the steps of querying a reporting entity for an away market price for an instrument and receiving an away market price for such instrument. | Function: ISE's construction is accepted.<br><br>Structure: A general purpose computer under the control of a software system; a network of general purpose computers, each under the control of a separate software program; or a system of interconnected parallel processors. |
| "away market process means for entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price"<br><br>(Claim 23) | Function: Entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price.<br><br>Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to perform the steps of FIG. 9. | Function: Entering a matching quotation at the away market price if the processor means determines that the away market price is better than the best price on the automated exchange.<br><br>Structure: 1) A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm comprising the steps of: | Function: ISE's construction is accepted.<br><br>Structure: A general purpose computer under the control of a software system; a network of general purpose computers, each under the control of a separate software program; or a system of interconnected parallel processors |

12

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| | | A) determining the price difference between the away market price and the best price; B) determining the number of contracts that a market maker is willing to execute at the price differential determined in Step 1; and C) if the size of the incoming order or quotation is less than or equal to the number identified in Step 2, execute the trade for the number of contracts at the away market price. OR 2) Computer workstations, personal computers, minicomputers, mainframe computers, personal digital assistants, or web TV boxes. | programmed to perform the steps of FIG. 9. |
| | | | |

| Claim Term or Element | CBOE's Construction | ISE's Construction | Court's Construction |
|---|---|---|---|
| "alerting means for generating an alert signal if the size is greater than the matching size"<br><br>(Claim 27) | Function: Generating an alert signal if the size is greater than the matching size.<br><br>Structure: A general-purpose computer or a network of general-purpose computers or a system of interconnected parallel processors programmed to perform the steps 344 and 346 of FIG. 9. | Function: Generating an alert signal if the size is greater than the matching size.<br><br>Structure: A general purpose computer, a network of general purpose computers, or a system of interconnected parallel processors including an algorithm that comprising the steps of determining whether the size of the incoming order or quotation is greater than the matching size and sending a notification message if that is the case. | Function: Agreed construction is accepted.<br><br>Structure: A general purpose computer under the control of a software system; a network of general purpose computers, each under the control of a separate software program; or a system of interconnected parallel processors programmed to perform the steps 344 and 346 of FIG. 9. |

Enter: January. 25, 2010

_Joan N. Lefkow_
_____
United States District Judge

14

**ATTACHMENT A**

As stated in *Aristocrat Technologies Australia Pty., Ltd.* v. *Int'l Game Technology*, 521 F.3d 1328, 1333 (2008), "In cases involving a computer-implemented invention in which the inventor has invoked means-plus-function claiming, this court has consistently required that the structure disclosed in the specification be more than simply a general purpose computer or microprocessor. The point of the requirement that the patentee disclose particular structure in the specification and that the scope of the patent claims be limited to that structure and its equivalents is to avoid pure functional claiming." The case further explains,  "[T]he corresponding structure for a § 112 ¶ 6 claim for a computer-implemented function is the algorithm disclosed in the specification." *Id., quoting Harris Corp. v. Ericsson Inc.,* 417 F.3d 1241, 1249 (2005).

As the court understands the claims, the function of the processor means recited in claim 1 is to allocate first the orders/portions of orders according to rules that require customer orders to be filled before professional orders and quotations, and to allocate the portion remaining for professional orders and quotations based on size, from larger to smaller. The function of the processor means of claim 2 is to allocate orders/portions of orders according to rules that require customer orders to be filled before professional orders and quotations, and allocate the portion remaining for professional orders and quotations on a pro rata basis.

> ISE relies on column 18, lines 1-18 as the necessary algorithm(s) for structure:
> The remainder of the order is filled by the professional, PRO #1 and PRO #2 on a
> ro rata basis.  Although PRO #1 has time priority, PRO #2 has a greater size so his
> share is computed first.  PRO #2 has 20 out of the 30 contracts of the orders placed
> by the two professionals at the lowest offer and is entitled to 66% of the 6
> remaining contracts, or 4 contracts.  The remaining 2 contracts are traded by PRO
> #2.

ISE also cites similar language at 18:61 - 19:5.  These explanations do nothing more, however, than explain that professional orders are not allocated by time priority but according to percentage

15

share, *i.e.*, pro rata. These statements do not add information beyond what is already in claims 1 and 2.