UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br><br>      Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 18, 2010 at 9:30 a.m., we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present CHICAGO BOARD OPTION EXCHANGE, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S MOTION FOR CLARIFICATION, a copy of which has been electronically served on all the attorneys of record by the Court's CM/ECF system and by email.

                   Respectfully submitted,

Dated: February 12, 2010       By: s/ _David Francescani_
                   Jonathan A. Marshall
                   David Francescani
                   Michael T. Zoppo
                   Brian J. Doyle
                   **FISH & RICHARDSON P.C.**
                   601 Lexington Ave., 52nd fl.

New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

## **CERTIFICATE OF SERVICE**

      The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on February 12, 2010 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

                                                  */s/ David Francescani*
                                                   David Francescani

30523371.doc