## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Chicago Board Options Exchange, Incorporated
                                                Plaintiff,

v.                                                      Case No.: 1:07−cv−00623
                                                        Honorable Joan H. Lefkow

International Securities Exchange, LLC
                                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 18, 2010:

      MINUTE entry before Honorable Joan H. Lefkow:Plaintiff's motion for leave to file sur−reply [297] taken under advisement. No briefs are required regarding this motion at this time. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.