# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 623 | **DATE** | 3/10/2010 |
| **CASE TITLE** | CBOE vs. ISE | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file sur-reply in opposition to defendant's motion for clarification [297] is granted. Defendant's motion for clarification [288] is granted as stated below:

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　　Notices mailed by Judicial staff.

## STATEMENT

For purposes of the '707 patent, an "exchange" is a method for executing trades of financial instruments. An institution that effects the trading of financial instruments may have one or more "exchanges," or methods, for executing trades of financial instruments.

For purposes of the '707 patent, "automated" means fully computerized, such that its protocol does not include matching or allocating through use of open outcry in order to execute trades.[1] Stated conversely, a method that effects trades of financial instruments by automatically matching and allocating but also entails "oral communications between market professionals at a central location in open view of other market professionals" ('707 patent, col. 1, ll.24-29) is not fully computerized and therefore not "automated."

For purposes of the '707 patent, "automated exchange," is a method for executing trades of financial instruments that is fully computerized, such that it does not include matching or allocating through use of open outcry.

The Final Claim Construct For U.S. Patent No. 6, 618,707 (#286) as it pertains to "automated exchange" is modified accordingly.

---

1. The court accepts the argument of CBOE that the patent disavows floor-based trading.