## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

Chicago Board Options Exchange, Incorporated
                                        Plaintiff,

v.                                                     Case No.: 1:07−cv−00623
                                                     Honorable Joan H. Lefkow

International Securities Exchange, LLC
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 1, 2010:

      MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 4/1/2010. Motion for summary judgment to be filed by 4/12/2010; response due by 5/4/2010; reply due by 5/18/2010; ruling will issue by mail. Jury Trial set for 1/10/2011 at 09:00 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.