**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, | |
| Plaintiff, | Case No. 07-cv-00623 |
| v. | Hon. Joan H. Lefkow, U.S.D.J. |
| INTERNATIONAL SECURITIES EXCHANGE, LLC, | Hon. Jeffrey Cole, U.S.M.J. |
| Defendant. | |

**AGREED MOTION TO EXTEND PAGE LIMIT**
**FOR SUMMARY JUDGMENT BRIEFS**

Plaintiff Chicago Board Options Exchange, Incorporated, with the agreement of Defendant International Securities Exchange, LLC, hereby moves the Court for an order extending the page limit for the parties' respective opening and response briefs in connection with CBOE's motion for summary judgment.  In support of this motion, CBOE states as follows:

1.      CBOE's motion for summary judgment raises issues of noninfringement of ISE's patent.    CBOE will raise no more than three issues pursuant to the Court's direction at the last status hearing, but the complicated nature of the asserted claims and accused system will require briefing by both parties in excess of the fifteen-page limit provided under the Local Rules.

2.      The parties believe they will each need up to 25 pages to address the issues in CBOE's motion.

3.      CBOE believes that its motion will dispose of this case.

WHEREFORE, CBOE, with the agreement of ISE, respectfully requests that the Court extend the page limit for their respective opening and response briefs to 25 pages each.

Respectfully submitted,

Dated:          April 9, 2010                    By:  *s/ Ayad P. Jacob*
                                                      Paul E. Dengel
                                                      Stacie R. Hartman
                                                      Ayad P. Jacob
                                                      **SCHIFF HARDIN LLP**
                                                      6600 Sears Tower
                                                      233 South Wacker Drive
                                                      Chicago, IL 60606-6473
                                                      (312) 258-5500
                                                      (312) 258-5600 (*facsimile*)

                                                      *Attorneys for Plaintiff Chicago Board*
                                                      *Options Exchange, Incorporated*

OF COUNSEL:                                      Joanne Moffic-Silver
David Francescani                                Jordan Newmark
Jonathan A. Marshall                             **CHICAGO BOARD OPTIONS**
Michael T. Zoppo                                 **EXCHANGE, INCORPORATED**
**FISH & RICHARDSON P.C.**                       400 S. LaSalle Street
601 Lexington Avenue, 52nd Floor                 Chicago, IL 60605
New York, NY 10022                               Telephone: (312) 786-5600
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2010, I electronically filed the parties' *Agreed Motion To Extend Page Limit For Summary Judgment Briefs* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Ayad P. Jacob*

Ayad P. Jacob