**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>    Plaintiff,<br><br> v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>    Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br><br>Hon. Jeffrey Cole, U.S.M.J. |

**NOTICE OF AGREED MOTION TO EXTEND PAGE LIMIT
FOR SUMMARY JUDGMENT BRIEFS**

PLEASE TAKE NOTICE that on Thursday, April 15, 2010 at 8:30 a.m., we shall appear before the Honorable Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the parties' *Agreed Motion to Extend Page Limit for Summary Judgment Briefs*, a copy of which is being electronically served on all attorneys of record by the Court's CM/ECF system.

                Respectfully submitted,

Dated:  April 9, 2010       By: *s/ Ayad P. Jacob*
                  Paul E. Dengel
                  Stacie R. Hartman
                  Ayad P. Jacob
                  **SCHIFF HARDIN LLP**
                  6600 Sears Tower
                  233 South Wacker Drive
                  Chicago, IL 60606-6473
                  (312) 258-5500
                  (312) 258-5600 (*facsimile*)
                  *Attorneys for Plaintiff Chicago Board Options Exchange, Incorporated*