UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

DECLARATION OF EILEEN C. SMITH
IN SUPPORT OF CBOE'S MOTION FOR SUMMARY JUDGMENT

I, Eileen C. Smith, under penalty of perjury, declare as follows:

Introduction and Background

1. My name is Eileen C. Smith and I am an employee of the Chicago Board Options Exchange, Incorporated ("CBOE"). My position at CBOE is Director of Systems Planning and Corporate Statistics. I have been at the CBOE since July 14, 1986.

2. During the time period 2001-2002, I was a staff liaison on the Equity Floor Procedure Committee that was chaired by Edward Tilly and was involved in the development of CBOE's Hybrid Trading System.

3. One of my main responsibilities involving CBOE's Hybrid Trading System and its ongoing operation relates to improvements, enhancements and modifications of the Hybrid Trading System.

4. I am one of the named inventors of U.S. Patent No. 7,552,083 ("the '083 patent") which is entitled "Hybrid Trading System For Concurrently Trading Through Both Electronic and Open-Outcry Trading Mechanisms."

5. I am one of the named inventors of U.S. Patent No. 7,613,650 ("the '650 patent") which is entitled "Hybrid Trading System For Concurrently Trading Securities or Derivatives Through Both Electronic and Open-Outcry Trading Mechanisms."

## The Hybrid Trading System Combines Matching and Allocation in Open Outcry with Automated Matching and Allocating

6. The Hybrid Trading System comprises two major components. The first major component is the trading floor. The second major component is the CBOEdirect electronic trade engine, which includes an electronic book ("eBook") that stores resting orders and quotations, and further includes an order routing system for routing orders between open outcry and the CBOEdirect trade engine. The Hybrid Trading System's eBook receives incoming orders both from the open outcry trading floor (*e.g.*, from market makers on the floor) and electronically, remote from the trading floor (*e.g.*, from CBOE members).

7. The Hybrid Trading System effects trades of options contracts by automatically matching and allocating, as well as by matching and allocating in open outcry. The open outcry trading floor component of the Hybrid Trading System involves floor traders matching and allocating trades using floor-based open outcry trading. The CBOEdirect electronic trade engine component of the Hybrid Trading System matches and allocates trades automatically against the eBook, whether the incoming order or order on the eBook came from open outcry or electronically.

8. The eBook stores orders from open outcry as well as orders received electronically, remote from the trading floor. When the Hybrid Trading System matches and allocates automatically against the eBook, no distinction is made between orders on the eBook that were received electronically or were received from open outcry.

9. The Hybrid Trading System's floor-based open outcry trading capability and its automated trading capability are merged into one exchange. I testified to this effect during one of my three days of depositions in this litigation, but ISE did not ask me follow-up questions on this issue. Had they done so, I would have testified at least to facts that I set forth in paragraphs 10-13 herein.

10. The Hybrid Trading System merges open outcry and electronic trading such that Hybrid Trading System's open outcry and electronic trading are interdependent. For example, if open outcry trading were to cease, the Hybrid Trading System would not function because orders (including electronic orders) are routinely routed to open outcry for execution and would continue to be so routed even after open outcry trading ceased. The orders that route to open outcry in such a situation would not get executed. An exchange is not considered operable if it is unable to execute orders.

11. Under numerous circumstances, CBOEdirect sends incoming electronic orders to the trading floor for matching and allocating in open outcry. These circumstances include at least: (1) an order being too complex for automatic execution, (2) an order being marked for open outcry execution and (3) there being inadequate size on the eBook to fill the order. Accordingly, an order that is entered electronically into the Hybrid Trading System can be matched and allocated electronically, or matched and allocated in open outcry, or matched and allocated in part electronically and in part in open outcry. An incoming electronic order cannot be marked for execution only on the CBOEdirect electronic trade engine. An individual market participant on CBOE cannot prevent the Hybrid Trading System from routing her orders to the floor for matching and allocation in open outcry.

12. Moreover, an order that is entered into the Hybrid Trading System from open outcry can be matched and allocated electronically, or matched and allocated in open outcry, or matched and allocated in part electronically and in part in open outcry. Orders may also be routed directly from open outcry to the trade engine component for execution or stored in the eBook containing orders and quotations. All floor trading on the Hybrid Trading System must give

priority to customer orders on the eBook of the CBOEdirect portion of the Hybrid Trading System.

13. Options classes that trade on the Hybrid Trading System are listed as trading on the Hybrid Trading System. There are no options classes that are listed as trading on only the CBOEdirect component of the Hybrid Trading System. Indeed, there are no options classes at CBOE that are excluded from trading on the open outcry trading floor portion of the Hybrid Trading System.

14. Attached as Exhibit A to this Declaration is a block diagram that accurately depicts the Hybrid Trading System. While it is simplified and does not illustrate every detail of the Hybrid Trading System, it is accurate insofar as it shows the interaction between the floor of the Hybrid Trading System and the CBOEdirect trade engine of the Hybrid Trading System. The order routing system of CBOEdirect routes orders that are received both from open outcry and electronically to the open outcry trading floor or the CBOEdirect trade engine (including the CBOEdirect eBook). Orders are filled by a combination of open outcry and automatic matching and allocation in the CBOEdirect trade engine. Since its inception, the Hybrid Trading System has employed various algorithms to route electronically-received orders to the trading floor for execution through open outcry.

15. Attached as Exhibit B to this Declaration is a block diagram that accurately depicts how incoming orders are handled by the Hybrid Trading System. The diagram makes reference to certain of CBOE's trading rules. While it is simplified and does not illustrate every possible detail or contingency that can occur, it is accurate insofar as it shows how incoming orders and quotations (received from open outcry and electronically) are subject to execution both on the floor and via the electronic trade engine (and even a combination of both).

Development Efforts Leading to the Hybrid Trading System

16. CBOE began developing a system for the fully computerized trading of options as early as the mid-1990's. CBOE referred to such fully computerized trading as "Screen-Based

Trading" or "SBT" and referred to a system that it created that performs such trading as the "SBT System." Ultimately, CBOE developed a trade engine for fully computerized trading that it named "CBOEdirect." Thus the terms "Screen-Based Trading," "SBT," and "SBT System" have at times been used at CBOE to refer to either CBOEdirect or, more generally, to any computerized trading system.

17. CBOE once used the SBT system and its version of the CBOEdirect trade engine for early morning trading of index options. Shortly before CBOE implemented the Hybrid Trading System, it stopped using the SBT system's version of CBOEdirect entirely.

18. To create the Hybrid Trading System, CBOE revised CBOEdirect to combine computerized trading with open outcry trading into one exchange. These changes included, among other things, alterations to the allocating algorithm and order routing capability such that the Hybrid Trading System could route orders to various aspects of the open outcry trading floor including floor brokers and PAR stations.

19. The version of the CBOEdirect engine used in the SBT system is different than the version of the CBOEdirect engine currently used in the Hybrid Trading System. Aside from using different allocation schemes, the SBT System's version of the CBOEdirect engine lacked the very functionality necessary to make the Hybrid Trading System work: the ability to interact with open outcry to create one exchange.

20. Mr. Anthony Montesano (Vice President of Trading Systems Support) and I were the lead CBOE staff responsible for developing the Hybrid Trading System.

Allocation Rules in the Hybrid Trading System

21. The version of the CBOEdirect electronic trade engine for the Hybrid Trading System stores rules for dividing an incoming order or quotation among orders and quotations in the eBook in the mass storage (*e.g.*, hard disk drive) of one or more computers; these rules are loaded into memory during operation for use by CBOEdirect trade engine. The rules for allocating to customers as well as to professionals are stored together in the memory. These

rules are part of the same body of computer code, and thus must be stored together. In the Hybrid Trading System, the rules that are executed by the CBOEdirect trade engine to divide an incoming order or quotation among orders and quotations in the eBook are stored in the memory of one or more computers and nowhere else.

Matching in the Hybrid Trading System

22.     Before identifying a counterpart order or quotation for an incoming order or quotation based on price, the Hybrid Trading System determines if the best price on the eBook of the Hybrid Trading System is at the national best bid or offer ("NBBO"). If the best price on the eBook of the Hybrid Trading System is at the NBBO, it then identifies one or more counterpart orders or quotations in the eBook for an incoming order or quotation based on price.

23.     Matching in the Hybrid Trading System is based solely on price, such that an incoming order or quotation is "matched" with all price-compatible orders or quotations on the eBook. There are no multiple steps of matching against professionals and customers; the matching is performed in one step.

24.     Because an incoming order or quotation is "matched" with all price-compatible orders or quotations on the eBook, it is common for some orders or quotations that "match" an incoming order or quotation not to receive an allocation, or portion of the incoming order or quotation. The allocation process occurs after matching, and is accomplished based on rules for dividing an incoming order or quotation among orders and quotations in the eBook. For example, allocation in the Hybrid Trading System can be based on the size of the orders and quotations in the eBook.

## Conclusion

25.     My description of the Hybrid Trading System in this Declaration is accurate from its initial launch until the present day.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2010

By: _____
Eileen C. Smith