**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, | |
| Plaintiff, | Civil Action No. 07-cv-00623 |
| v. | Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |
| INTERNATIONAL SECURITIES EXCHANGE, LLC, | |
| Defendant. | |

**DECLARATION OF BRIAN J. DOYLE, ESQ. IN SUPPORT OF
CHICAGO BOARD OPTIONS EXCHANGE'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Brian J. Doyle, under penalty of perjury, declares as follows:

1.      I am a member of the Bar of the State of New York and am admitted to practice *pro hac vice* before this court.  I am an associate in the firm of Fish & Richardson P.C., 601 Lexington Avenue, 52nd Floor, New York, New York, trial counsel for Chicago Board Options Exchange, Incorporated ("CBOE") in this case.  This Declaration is in support of CBOE's Motion for Summary Judgment of Non-infringement.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,618,707 ("the '707 patent").

3.      Annexed hereto as Exhibit 2 is a true and correct copy of ISE's [CORRECTED] Sixth Set of Supplemental Responses to CBOE's First Set of Interrogatories dated April 6, 2010.

4.      Annexed hereto as Exhibit 3 is a true and correct copy of the relevant portions of the transcript of the hearing before the Court on April 1, 2010.

5.      Annexed hereto as Exhibit 4 is a true and correct copy of the relevant portions of  a document entitled "Screen-Based Trading Committee 1995 Report" found at CBOE004400-CBOE4420.

6.      Annexed hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of William Porter.

7.      Annexed hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Martin Averbuch.

8.      Annexed hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Gary Katz taken on June 22-23, 2009.

9.      Annexed hereto as Exhibit 8 is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of CBOE taken through Eileen Smith.

10.     Annexed hereto as Exhibit 9 is a true and correct copy of the transcript of the deposition of Richard Angell.

11.     Annexed hereto as Exhibit 10 is a true and correct copy of the transcript of the deposition of Anthony Montesano.

12.     Annexed hereto as Exhibit 11 is a true and correct copy of the transcript of the deposition of Philip Slocum.

13.     Annexed hereto as Exhibit 12 is a true and correct copy of U.S. Patent No. 7,552,083 ("the '083 patent).

14.     Annexed hereto as Exhibit 13 is a true and correct copy of U.S. Patent No. 7,613,650 ("the '650 patent).

15.     Annexed hereto as Exhibit 14 is a true and correct copy of the transcript of the deposition of Eileen Smith taken on December 19, 2007.

16.     Annexed hereto as Exhibit 15 is a true and correct copy of the Securities and Exchange Commission's Release No. 34-47959 entitled "Self-Regulatory Organizations - Order Approving Proposed Rule Change and Amendments No. 1, 2, 3 and 4 Thereto and Notice of Filing and Order Granting Accelerated Approval to Amendments No. 5 and 6 Thereto by the Chicago Board Options Exchange, Incorporated Relating to the Introduction of the CBOE Hybrid System" bates numbered  ISE0565104-ISE0565111.

17.     Annexed hereto as Exhibit 16 is a true and correct copy of CBOE Rule 6.45A bates numbered ISE0261423-ISE0261430.

18.     Annexed hereto as Exhibit 17 is a true and correct copy of CBOE Information Circular IC03-65 bates numbered CBOE000157500-CBOE000157506.

19.     Annexed hereto as Exhibit 18 is a true and correct copy of CBOE Rule 7.4 bates numbered ISE0261487-ISE0261490.

20.     Annexed hereto as Exhibit 19 is a true and correct copy of CBOE Rule 6.13 bates numbered ISE0261393-ISE0261397.

21.     Annexed hereto as Exhibit 20 is a true and correct copy of the transcript of the deposition of Mark Novak.

22.     Annexed hereto as Exhibit 21 is a true and correct copy of the transcript of the deposition of Ed Tilly.

23.     Annexed hereto as Exhibit 22 is a true and correct copy of the transcript of the deposition of Stephen Chodash.

24.     Annexed hereto as Exhibit 23 is a true and correct copy of a letter from ISE to the Securities and Exchange Commission dated May 13, 2003 bates numbered ISE0001539-ISE0001543.

25.     Annexed hereto as Exhibit 24 is a true and correct copy of the relevant portions of U.S. Patent Application Publication No. 2007/0055607.

26.     Annexed hereto as Exhibit 25 is a true and correct copy is the Notice of Allowance for U.S. Patent Application No. 10/423,201.

27.     Annexed hereto as Exhibit 26 is a true and correct copy of the relevant portions of the transcript of the *Markman* hearing of August 14, 2009 and August 21, 2009.

28.     Annexed hereto as Exhibit 27 is a true and correct copy of the relevant portions of the prosecution history of the '707 patent bates numbered ISE0000096-ISE0000734.

29.     Annexed hereto as Exhibit 28 is a true and correct copy of a document entitled "CBOE – History of CBOE" bates numbered ISE0261180-ISE0261182.

30.     Annexed hereto as Exhibit 29 is a true and correct copy of the relevant portion of a document entitled "Organizational Charts" at CBOE001336-CBOE001381.

31.     Annexed hereto as Exhibit 30 is a true and correct copy of the relevant portion of the Securities and Exchange Commission's Release No. 34-47628 entitled "Self-Regulatory Organizations; Order Approving Proposed Rule Change and Notice of Filing and Order Granting Accelerated Approval of Amendment No. 4 Thereto by the Chicago Board Options Exchange, Incorporated to Establish Rules for a Screen-Based Trading System Known as CBOE*direct*" bates numbered ISE0564844-ISE0564859.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 15, 2010

_s/ Brian J Doyle_____
Brian J. Doyle