# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 623 | **DATE** | 11/08/2012 |
| **CASE TITLE** | Chgo Board of Options Exchange Inc. v. Internatl Securities Exchange, LLC | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 11/8/2012. CBOE's motion for a conference with the court and for clarification [427] is granted as stated on the record in open court. The court will not enter the proposed order submitted by CBOE on 11/8/2012. Settlement conference set for 11/19/2012 at 2:00 p.m. to stand.

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | SRB |
|---|---|---|