**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Chicago Board Options Exchange, Inc., <br><br> Plaintiff, <br><br> v. <br><br> International Securities Exchange, LLC, <br><br> Defendant. | Civil Action No. 07-cv-623 <br><br> The Hon. Joan H. Lefkow, U.S.D.J. <br> The Hon. Jeffrey Cole, U.S.M.J. |

**INTERNATIONAL SECURITIES EXCHANGE, LLC'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE DR. BENN STEIL FROM TESTIFYING REGARDING ALLEGATIONS, ANALYSES, CONCLUSIONS, OR OPINIONS NOT DISCLOSED IN HIS EXPERT REPORTS**

Defendant International Securities Exchange, LLC ("ISE") hereby moves *in limine* to preclude Plaintiff Chicago Board Options Exchange, Inc.'s ("CBOE") expert Dr. Benn Steil from testifying regarding allegations, analyses, conclusions, or opinions not Disclosed in His Expert Reports.

As detailed more fully in the accompanying memorandum, federal authority mandates that, absent substantial justification, evidence or testimony not timely disclosed in an expert report be excluded at trial, unless such failure to disclose is harmless. Despite the fact that CBOE's expert Dr. Benn Steil served an opening expert report, a rebuttal expert report, and a supplemental expert report in this action, Dr. Steil failed to identify allegations, analyses, conclusions, or opinions concerning a number of disputed issues in this lawsuit. Given that Dr. Steil had multiple opportunities to address those issues in his expert reports but failed to do so, there is no substantial justification for permitting him to introduce such new opinions for the first time at trial. To do so would severely prejudice ISE's ability to effectively present its case, and

would run afoul of compelling federal authority. Accordingly, ISE requests that this Court preclude Dr. Steil from presenting any expert testimony not previously (and timely) disclosed to ISE.

Dated: December 14, 2012                                   Respectfully submitted,

/s/ Michael S. DeVincenzo
Parker H. Bagley
Steven R. Gustavson
Michael S. DeVincenzo
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone No.:  (212) 813-8800
Facsimile No.:   (212) 355-3333

Michael D. Huber
Cray Huber Horstman Heil & Van Ausdal LLC
303 W Madison, Suite 2200
Chicago, IL  60606
Telephone No.:  (312) 332-8450
Facsimile No.:   (312) 332-8451

*Attorneys for Defendant International Securities Exchange, LLC*