UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>        Defendant. | Case No. 07-cv-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

**CBOE'S MOTION IN LIMINE NO. 15 TO PRECLUDE ISE'S EXPERT FROM TESTIFYING TO FACTS NOT PROPERLY DISCLOSED DURING DISCOVERY**

    CBOE respectfully moves *in limine* to preclude ISE's expert, Dr. Ma, from testifying as a fact witness. For the reasons set for in the attached memorandum, CBOE respectfully requests that the Court preclude Ma from testifying as a fact witness in this case, and specifically preclude Ma from testifying about his undocumented personal knowledge for any purpose, including to rebut CBOE's documentary evidence.

Dated: December 14, 2012                                 Respectfully submitted,

                                                           By: s/ *Jonathan A. Marshall*
                                                              Jonathan A. Marshall
                                                               David Francescani
                                                               Michael T. Zoppo
                                                               Brian J. Doyle
                                                               Leah Edelman
                                                               **FISH & RICHARDSON P.C.**
                                                               601 Lexington Ave, 52nd Floor
                                                               New York, NY 10022
                                                               Telephone: (212) 765-5070
                                                               Facsimile: (212) 258-2291

OF COUNSEL:
Paul E. Dengel
Stacie R. Hartman
Rachel F. Sifuentes
**SCHIFF HARDIN LLP**
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
Telephone (312) 258-5500
Facsimile (312) 258-5600

*Attorneys for Plaintiff Chicago Board Options Exchange, Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that on December 14, 2012 a true and correct copy of the foregoing document was filed via electronic filing with the Clerk of Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record.

                                          */s/Neil Ramsaroop*
                                          Neil Ramsaroop