**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>    Defendant. | Case No. 07-CV-00623<br><br>Hon. Joan H. Lefkow, U.S.D.J.<br>Hon. Jeffrey Cole, U.S.M.J. |

**CBOE'S MOTION *IN LIMINE* NO. 6 TO PRECLUDE ARGUMENT AND EVIDENCE THAT ISE PRACTICES THE PATENT**

CBOE respectfully moves *in limine* to preclude ISE from presenting evidence and argument that ISE practices the asserted patent, U.S. Patent No. 6,618,707.  For the reasons set for in the attached memorandum, CBOE respectfully requests that the Court enter an order prohibiting all questions, references, arguments, evidence, and testimony, whether direct or indirect, at trial and during *voir dire* concerning ISE practicing the asserted patent.

Dated:  December 14, 2012                    Respectfully submitted,

                                By:  */s/David Francescani*

Jonathan A. Marshall
David Francescani
Michael T. Zoppo
Brian J. Doyle
Leah A. Edelman
**FISH & RICHARDSON P.C.**
601 Lexington Avenue – 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070

*Attorneys for Chicago Board Options Exchange, Incorporated*

OF COUNSEL:
Paul E. Dengel
Stacie R. Hartman
**SCHIFF HARDIN LLP**
233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
Telephone (312) 258-5500
Facsimile (312) 258-5600

## **CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that on December 14, 2012 a true and correct copy of the foregoing document was filed via electronic filing with the Clerk of Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record.



*/s/Neil Ramsaroop*
Neil Ramsaroop