UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>    Plaintiff,<br><br> v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>    Defendant. | Case No. 07 CV 0623<br><br>Hon. Joan H. Lefkow, U.S.D. J.<br>Hon. Jeffrey Cole, U.S.M.J. |

## **CBOE'S MOTION TO EXCLUDE DR. MA'S IMPROPER EXPERT OPINIONS**

  Plaintiff Chicago Board of Options Exchange, Inc. ("CBOE") respectfully moves pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and related authority to exclude improper and unreliable expert opinions proffered by Dr. Moses Ma on behalf of Defendant International Securities Exchange LLC ("ISE"). For the reasons set forth in the attached memorandum, CBOE respectfully requests that Ma be excluded from testifying at trial or, at a minimum, that he be prohibited from testifying about the subject matter identified in this memorandum.

Dated: December 14, 2012           Respectfully submitted,

                      By: */s/Jonathan A. Marshall*

Jonathan A. Marshall
David Francescani
Michael T. Zoppo
Brian J. Doyle
Leah A. Edelman
**FISH & RICHARDSON P.C.**
601 Lexington Avenue – 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070

*Attorneys for Chicago Board Options Exchange, Incorporated*

OF COUNSEL:
Paul E. Dengel
Stacie R. Hartman
**SCHIFF HARDIN LLP**
233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
Telephone (312) 258-5500
Facsimile (312) 258-5600

## **CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that on December 14, 2012 a true and correct copy of the foregoing document was filed via electronic filing with the Clerk of Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record.



*/s/Neil Ramsaroop*
Neil Ramsaroop