**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Chicago Board Options Exchange, Inc.,

        Plaintiff,

    v.

International Securities Exchange, LLC,

        Defendant.

Civil Action No. 07-cv-623

The Hon. Joan H. Lefkow, U.S.D.J.
The Hon. Jeffrey Cole, U.S.M.J.

## FINAL PRETRIAL ORDER

This matter having come before the Court at a pretrial conference held February 21, 2012

pursuant to Fed. R. Civ. P. ("Rule") 16, and Parker H. Bagley of Goodwin Procter LLP, 620

Eighth Avenue, New York, NY 10018, (212) 813-8800, having appeared as counsel for Plaintiff,

International Securities Exchange, LLC ("ISE"), and David Francescani of Fish & Richardson,

P.C., 601 Lexington Avenue, 52nd Floor, New York, NY 10022, (212) 765-5070, having

appeared as counsel for Defendant, Chicago Board Options Exchange, Inc. ("CBOE"), the

following actions were taken:

1.     This is an action for patent infringement and the jurisdiction of the Court is invoked

        under U.S.C. §§1331, 1338(a), 2201 and 2202. Jurisdiction is not disputed.

2.     The following stipulations and statements were submitted and are attached to and made a

        part of this Order:

        a.   The Court indicated that a Statement of Uncontested Facts would not be

           required.

b.  Description of the case to be read to prospective jurors has been agreed to and is attached as Exhibit G as part of the parties' proposed jury instructions.

c.  (i) ISE's Exhibit List is attached as Exhibit A.

(ii) CBOE's Exhibit List is attached as Exhibit B.

(iii) With respect to Demonstratives the parties' have conferred and agreed to the following procedure: A party planning to use a demonstrative will provide a copy of such demonstrative to the other party no later than 8:00 p.m. on the day prior to the use of such demonstrative at trial.

d.  (i) ISE's Witness List

1.  Gary Katz

2.  Anthony Carrone

3.  Dr. Moses Ma

4.  Christopher Gerardi

5.  David Krell

May Call

6.  William Porter

7.  Boris Ilyevsky

8.  Eileen Smith

9.  Anthony Montesano

10. Kathy Simmons

11. Edward Tilly

12. Bill Brodsky

13. Eric Frait

2

14. Dick Dufour

15. Gordon Evora

16. Phil Slocum

[CBOE Objection: CBOE objects to CBOE calling witnesses not identified herein.]

(ii) CBOE's Witness List

1.  Eileen Smith

2.  Anthony Montesano

3.  Ed Tilly

4.  Bill Brodsky

5.  Eric Frait

6.  Dr. Benn Steil

7.  Dr. Phil Beutel

8.  Paul Atkins

9.  Gary Katz

10. Katherine Simmons

11. Peter de Verdier

May call

12.  Steve Lieb

13. Anthony Carrone

14. Mark Esposito

15. Steve Chodash

16. Alex Jacobson

LIBNY/5241155.1

17. Greg Maynard

18. Dick DuFour

19. Gordon Evora

20. Mark Novak

21. Martin Averbuch

22. Bill Porter

CBOE may call additional witnesses in rebuttal, for authentication, and to address the status of certain documents as "printed publications" under 35 USC § 102 to the extent ISE challenges such status.

[ISE Objection: ISE objects to CBOE calling witnesses not identified herein.]

e.   Expert qualifications

The qualifications of ISE's experts Dr. Moses Ma and Christopher Gerardi are attached as Exhibit C.

The qualification of CBOE's experts Dr. Benn Steil, Paul Atkins and Dr. Philip Beutel are attached as Exhibit D.

f.   Deposition

ISE's deposition designations and CBOE's counter-designations and objections thereto are attached as Exhibit E.

CBOE's deposition designations and ISE's counter-designations and objections thereto are attached as Exhibit F.

g.   Itemization of Damages

LIBNY/5241155.1

Through the end of August 2012, ISE's expert, Christopher Gerardi, has calculated lost profits damages in the amount of $240.7 million. Mr. Gerardi has also calculated that a reasonable royalty on the CBOE contracts not subject to lost profits would be $0.05 – 0.06 per contract. Applying a reasonable royalty of $0.05 results in reasonable royalty damages of $175.4 million and total damages of $417.1 million. Applying the $0.06 royalty per contract results in reasonable royalty damages of $211.6 million and total damages of $452.3 million. Pre-judgment interest has not been calculated and ISE intends to update these calculations through the end of February 2013.

CBOE's expert, Dr. Phillip Beutel, calculates that, if CBOE is found to have infringed one or more of the asserted claims of the '707 patent, the highest reasonable royalty ISE would be entitled to recover is $24.4 million. Dr Beutel also finds that, because ISE fails the *Panduit* test, it is not entitled to recover lost profits in the event CBOE is found to have infringed one or more of the asserted claims of the '707 patent. Furthermore, Dr. Beutel, calculates that, if the damages period is November 22, 2006 (the date CBOE was notified of infringement) rather than September 9, 2003 (the date the '707 patent issued), then Mr. Gerardi's lost profit damages figures would decline from a range of about $417.1 million to $452.3 million to a lower range of about $355.8 million to $387.0 million. Similarly, Mr. Gerardi's royalty-only damages calculation would decline from a range of about $234.1 million to $280.9 million to a lower range of about $204.3 million to $245.2 million. Moreover, Dr. Beutel finds that, if ISE is entitled to lost profits, such damages should range from $10.3 million to $50.0 million.

5

    h.   Jury trial documents

        (i) The parties have filed their respective trial briefs together with this order.

        (ii) The parties' proposed jury instructions are attached as Exhibit G.  To the extent the parties dispute any proposed instruction, such disputes are identified in the proposed jury instructions.

        (iii) ISE's proposed verdict form is attached as Exhibit H.  CBOE's proposed verdict form is attached as Exhibit I.

        (iv) The parties' agreed questions for voir dire are attached as Exhibit J

    i.   Discovery has been completed.

    j.   Motions *in Limine* were filed on December 15, 2012 and oppositions filed on January 9, 2013.  ISE filed five motions and CBOE filed 20 motions *in limine*. On January 24, 2013 CBOE filed a 21st motion *in limine* and ISE responded on February 7, 2013.

3.    Trial of this case is expected to take 10-15 trial days.

4.    Jury __X__       Non-Jury____

5.    The parties recommend that 12 and 2 alternate jurors be selected at the commencement of trial.

6.    The parties do not agree that the issues of liability and damages should be bifurcated for trial.

7.    The parties do not consent to this case being reassigned to a magistrate judge for trial.

8.    This Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

LIBNY/5241155.1

9.      The possibility of settlement was considered by the parties.

IT IS SO ORDERED

_____

United States District Judge Joan H. Lefkow

Date:_____

/s/Michael DeVincenzo                                    /s/Michael T. Zoppo (w/permission)
Parker Bagley                                                      Jonathan A. Marshall, Esq.
Michael S. DeVincenzo                                    David Francescani
**GOODWIN PROCTER** LLP                          Michael T. Zoppo
620 Eighth Avenue                                          Brian J. Doyle
New York, New York 10018                           Leah Edelman
Telephone: (212) 813-8800                           **FISH & RICHARDSON, P.C.**
Facsimile: (212) 355-3333                             601 Lexington Avenue, 52nd Floor
                                                                          New York, NY 10022
Michael D. Huber                                           Telephone: (212) 765-5070
**CRAY HUBER HORSTMAN HEIL &**              Facsimile: (212) 258-2291
**VAN AUSDAL LLC**
303 W Madison, Suite 2200                           OF COUNSEL:
Chicago, IL 60606                                           Paul E. Dengel
Telephone: (312) 332-8450                           Stacie R. Hartman
Facsimile: (312) 332-8451                             Rachel F. Sifuentes
*Attorneys for Defendant International*          **SCHIFF HARDIN LLP**
*Securities Exchange, LLC*                             6600 Sears Tower
                                                                          233 South Wacker Drive
                                                                          Chicago, IL 60606-6473
                                                                          Telephone (312) 258-5500
                                                                          Facsimile (312) 258-5600

*Attorneys for Plaintiff Chicago Board*
*Options Exchange, Incorporated.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on February 8, 2013 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

<u>/s/ Michael S. DeVincenzo</u>