# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Chicago Board Options Exchange, Incorporated

                            Plaintiff,

v.                                                         Case No.: 1:07−cv−00623

                                                                       Honorable Joan H. Lefkow

International Securities Exchange, LLC

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2013:

      MINUTE entry before Honorable Joan H. Lefkow:Trial held on 3/13/2013 and continued to 3/14/2013 at 09:30 AM. (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.