UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL SECURITIES EXCHANGE, LLC,<br><br>        Defendant. | Case No. 07 CV 0623<br><br>Hon. Joan H. Lefkow, U.S.D. J.<br>Hon. Jeffrey Cole, U.S.M.J. |

### Stipulation

International Securities Exchange, LLC ("ISE") and Chicago Board Options Exchange, Incorporated ("CBOE") hereby stipulate as follows:

**WHEREAS** ISE has accused CBOE of infringing claims 1–6, 9, 10, 35–36, 43, 45, and 56 of U.S. Patent No. 6,618,707 ("the '707 Patent");

**WHEREAS** the Court has issued rulings affecting claims 1–6, 9, 10, 35–36, 43, 45, and 56 of '707 Patent; and

**WHEREAS** the Court has issued rulings holding that claims 2 and 4 of the '707 Patent are invalid as indefinite.

**IT IS THEREFORE STIPULATED THAT:**

1. In view of the Court's rulings, CBOE does not infringe claims 1–6, 9, 10, 35–36, 43, 45, and 56 of the '707 Patent.

2. In view of the Court's rulings, claims 2, 4, and 5 of the '707 Patent are invalid as indefinite.

3.  CBOE agrees to dismiss all of its remaining declaratory judgment claims of invalidity without prejudice, without waiving CBOE's right to reassert those claims in this action if the Court of Appeals for the Federal Circuit remands the case to the District Court or refuses to hear the merits of the appeal.

4.  The parties disagree as to whether any of the District Court's rulings are appealable. CBOE reserves all rights to assert on appeal that none of such rulings are appealable.

5.  There being no just cause for delay, the parties agree to the entry of final judgment in favor of CBOE and against ISE on ISE's patent infringement claim and in favor of CBOE and against ISE on CBOE's declaratory judgment claim as recited above, preserving ISE's right to appeal from that judgment for the purpose of challenging any appealable rulings made by the District Court. The parties intend for this judgment to be immediately appealable.

6.  The parties will each submit proposed final judgment orders to the Court in accordance with this Stipulation.

Dated: March 22, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Parker Bagley
　　　　　　　　　　　　　　　　　　　　Parker Bagley
　　　　　　　　　　　　　　　　　　　　Michael S. DeVincenzo
　　　　　　　　　　　　　　　　　　　　Calvin E. Wingfield, Jr. (pro hac vice)
　　　　　　　　　　　　　　　　　　　　**GOODWIN PROCTER LLP**
　　　　　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　　　　　　Tel.: 212.813.8800
　　　　　　　　　　　　　　　　　　　　Fax: 212.355.3333

　　　　　　　　　　　　　　　　　　　　Douglas J. Kline (pro hac vice)
　　　　　　　　　　　　　　　　　　　　**GOODWIN PROCTER LLP**
　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109-2802
　　　　　　　　　　　　　　　　　　　　Telephone.: (617) 570-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 523-1231

　　　　　　　　　　　　　　　　　　　　Michael D. Huber
　　　　　　　　　　　　　　　　　　　　**CRAY HUBER HORSTMAN HEIL &**
　　　　　　　　　　　　　　　　　　　　**VAN AUSDAL LLC**
　　　　　　　　　　　　　　　　　　　　303 W Madison, Suite 2200
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Tel.: (312) 332-8450
　　　　　　　　　　　　　　　　　　　　Fax.: (312) 332-8451

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*International Securities Exchange, LLC*


　　　　　　　　　　　　　　　　　　　　/s/Michael T. Zoppo (w/permission)
　　　　　　　　　　　　　　　　　　　　Jonathan A. Marshall, Esq. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　David Francescani (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Michael T. Zoppo (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Brian J. Doyle (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Leah A. Edelman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Jeffrey Mok (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**FISH & RICHARDSON, P.C.**
　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue, 52nd Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 765-5070

        Facsimile: (212) 258-2291

        OF COUNSEL:
        Paul E. Dengel
        Stacie R. Hartman
        Rachel F. Sifuentes
        **SCHIFF HARDIN LLP**
        6600 Sears Tower
        233 South Wacker Drive
        Chicago, IL 60606-6473
        Telephone (312) 258-5500
        Facsimile (312) 258-5600

        *Attorneys for Plaintiff Chicago Board Options Exchange, Incorporated.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, that a true and correct copy of the foregoing document was filed on March 22, 2013 with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

                                          /s/ Parker Bagley
                                          Parker Bagley

LIBNY/5250663.1